FILED

FEB 10 2012

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Princess Samantha Kennedy
Plaintiff
Adam Urich plaintiff

v.

Paramount Pictures
Corporation

Civil No. '12 CV 0 3 7 2 WQH WMc

REQUEST FOR APPOINTMENT OF
COUNSEL UNDER THE CIVIL RIGHTS
ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
DECLARATION IN SUPPORT OF
REQUEST

1.   I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter.  In support of this request, I state as follows:

     A.   my claim is meritorious (that is, I have a good case), and

     B.   I have made a reasonably diligent effort to obtain counsel, and

     C.   I am unable to find an attorney willing to represent me on terms that I can afford.

2.   A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.   A.   Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

_____ Yes   _____ No   I worked for Paramount, but recently discovered the act.   I need help with this case and or a mediator to help me. OR To file papers and legal advise, I am disabled. I worked for Paramount they infringed on my copyrighted Biographies, Biographies I wrote privately for my and my son Adams future security.

1   IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE

2   COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B

3   AND C.

4          B.     Do you question the correctness of the Commission's "no reasonable cause"

5   determination?

6   _____Yes          _____ No

7          C. If you answered "yes" to question 3B, what are your reasons for questioning the

8   Commission's determination?  Be specific and support your objections with fact.  Do not simply

9   repeat the allegations made in your complaint: the court will review your complaint in considering this

10  request for counsel.     I am requesting counsel for

11       this case. We cannot afford

         money to give an attorney.

12       We are both disabled.

13       I have a physical disability

14       and Adam my son is autistic.

15       We are entitled to have an

         attorney. We are entitled to

16  "Reasonable Accommodation"

17  under Americans With Disabilities Act,

18  we believe to the best of our

19  ability. We believe to the best of our

    ability that under the ADA act, the

20  ADA specifically allows for attorney

21  fees, 42 U.S.C.A. § 122 05 (2011) also section

22  504 "In any action or proceeding to enforce

    or charge a violation of a provision, the

23  court, in its discretion may allow the prevailing

24  party, other than the United States   a

    reasonable attorney's fees as part of the costs."

25  29 U.S.C.A. § 794a(b) (2011)  Drawn from Title

26  VII allows for attorneys fees  to present a case

27  in court. It allows for expert witness fees

    Rehabilitation act of 1973   Americans with

28  (Attach additional sheets as needed) Disabilities Act. As heir

    to my copyright money, Defendant by infringing

    has blocked Adam's ability and violated future

    money, that he is entitled to,

    money, his property.

    He + I need representation.

ODMA\PCDOCS\WORDPERFECT\22126.1  May 27, 1999 (11:37pm)

1

2

3

4. **Have you talked with any attorney about handling your claim?**

 ☒ Yes      _____ No

If "YES," give the following information about **each** attorney with whom you talked:

4 Attorney: Jeff Poindexter Law Office

5 When: 936 Palm Ave. Imperial Beach, Ca. 91932

6 Where: 11-29-11 I had appointment, he didn't show up

7 How (by telephone, in person, etc.): I also talked to him on telephone,

8 Why attorney was not employed to handle your claim: I do not have

9 the money to pay him. His number is

10 619-424-9980  Very Nice man.

11

12 Attorney: John J. Allen

13 When: December 2011

14 Where: _____

15 How (by telephone, in person, etc.): 314-531-2442

16 Why attorney was not employed to handle your claim:

17 He is a very nice man who is interested, but,

18 I do not have the money.

19

20 Attorney: Mary Jo Redmond

21 When: October, 2011

22 Where: _____

23 How (by telephone, in person, etc.): 619-234-4034

24 Why attorney was not employed to handle your claim:

25 She was very kind, I do Not have the

26 money  I have talked to several attorneys

27 and made every effort.

28 (Attach additional sheets as needed) October 2011 - Girardi and Keese
213-977-0211

Allan Law Group called Sept. 2011
and Feburary 2012   310-456-3024 - No money
attorney - Kehr Law
November, 2011       619-400-4942
He was very nice, I have NO
money        on phone

AL mohajerian    october 2011
  310-556-3800    I have NO money
Talked on phone
attorney - Olson Law Firm
talked on phone   September, 2011
  1-866-755-1959      Very Nice -
I have NO money,

attorney - Bart Selden     415-788-6230
Sept. 2011    very nice man. I have
NO money   to pay him.

attorney - Stuart A. McKenzie
1-888-607-0752    Sept. 2011
called him again + he called me
November, 2011 .    I have NO money,
Is all the reasons,

Thorsteinson Law Group   714-421-4587
No money  Found him under intellectual
law. called Feburary 2012

attorney - Maier and Maer
(703) 740-8322    Feburary 2012
Left a message, No call back.

Attorney – Devon and Van Haren
called November, 2011.
and called Feburary 2012
They said NO and hung up on
me. I was very Nice.
I have NO money

Attorney – Erik Syverson
Called – 310-552-5236
Said he charges over $500.00 an
hour with a $25,000.00 retainer.
I have NO money for him.
called Feburary 2012

Attorney – Grant's Law Firm
Called Feburary 2012   951-544-5248
I have No money

Fergus Law Firm
called Feburary 6, 2012
(415) 537 – 9032    Don't have any money

Law Offices of Edward A.
Ozwonkowski   714-869-8300 called
I don't have the money

Ronald D. Coleman called
September 2011 and Feburary 2012
I don't have enough money
212-695-9100        Robert J. Spitz Feb. 2012
                    (909) 395-0909 – called
                    I haven't enough money

5. Explain any other efforts you have made to contact an attorney to handle your claim:

I have made many and diligent efforts to obtain an attorney, though I am protected by copyright laws, when those copyrights are infringed upon, the common person has no money to obtain an attorney to enforce those laws and to receive relief acquired under the law.

6. Give any other information which supports your application for the court to appoint an attorney for you: We are common people, with disabilities, The defendant continues to infringe my copyrights, I have a right to an attorney to enforch those laws, my son Adam Urich as my heir is entitled to money made from those copyrights, the defendant has destroyed his chances of that, the reason I wrote those scripts was for his and my future security. We are poor and copyright laws need to be enforced.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: Wayne S. Schwartz Attorney at Law
(619) 232-6381
110 West "C" Street
Suite 1800
San Diego, Ca. 92101
Goodrich and Schwartz
The purpose - a Big truck colliding with another car carrying children and hit me and adam in the side of our car, police, firedept + ambulances everywhere, we
(Attach additional sheets as needed) had to go to the hospital a couple of years ago + I had to have physical therapy.

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    Employment

Are you employed now?   X yes ___ no ___ am self-employed

Name and address of employer: Adam Urich 777 Seacoast Dr. #N, Imperial Beach, Ca. 91932
I am his caregiver and get paid through IHSS, Dept. of social service, The State of California. Office in IHSS address:
County of San Diego
780 Bay BLvd. Ste 200
chula vista, Ca. 91910-5260

1   If employed, how much do you earn per month? 1835.00

2   If not employed, give month and year of last employment: _____

3   How much did you earn per month in your last employment? _____

4   If married, is your spouse employed? ___ yes ___ no

5   If "YES," how much does your spouse earn per month? _____

6   If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7   income? _____

8

9   **B.**   **Assets**

10   **(i)**   **Other Income**

11   Have you received within the past 12 months any income from a business, profession or other

12   form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13   payments or other sources? ___ yes  X  no

14   If "YES," give the amount received and identify the sources:

15   **$ Received**                    **Source**

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24

25

26

27

28   (Attach additional sheets as necessary)

1

     (ii)    **Cash**

2

Have you any cash on hand or money in savings or checking accounts? ☒ yes ___ no

3

If "YES," state total amount: $100.00

     (iii)   **Property**

4

5

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property

6

(excluding ordinary household furnishings and clothing)? ☒ yes ___ no

7

If "YES," give value and describe it:

8

       **Value**                 **Description**

9

2003  Ford Taurus  Grey Color

10

11

12

13

14

15

    C.    **Obligations and Debts**

16

     (i)    **Dependents**

17

Your marital state is: ☒ single ___ married ___ widowed, separated or divorced.

18

Your total number of dependents is : __1__

19

List those person you actually support, your relationship to them, and your monthly

20

contribution to their support:

21

     **Name/Relationship**          **Monthly Support Payment**

22

Adam Urich - son - plaintiff and heir

23

he gets $854.00 from SSI

24

for his disability

25

26

27

28

**(ii)**    <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and charge accounts, etc.

| <u>Creditor</u> | <u>Total Debt</u> | <u>Monthly Payment</u> |
|---|---|---|
| Rent: 777 Seacoast | 1250.00 | $743.00 (HUD) |
| Mortgage on Home: | | |
| Others: credit cards | $4877.00 | monthly 245.00 minimum |
| Dental | 500.00 | 162.00 |
| auto Insurance | | 71.00 |
| Food + Household | | 400.00 |
| moved + Storage | | 84.08 |
| Electricity | | 100.08 |
| Cable | | 80.00 |
| cell phone (emergency for me + adam) | | 139.00 |
| phone Land line | | 92.00 |
| Renters Insurance | | 96.00 |
| accidental life | | 16.00 |
| web tv | | 21.00 |
| cat food | | 25.00 |
| Loan | 300.00 | |

9.   <u>Signature</u>

I declare under penalty of perjury that the above is true and correct.

Dated: <u>2-10-2012</u>

_Princess Samantha Kennedy_
Signature

_Adam Claytar Ulrich_

(Notarization is not required)