CALDWELL LESLIE & PROCTOR, PC
JOAN MACK, State Bar No. 180451
  *mack@caldwell-leslie.com*
PUNEET V. KAKKAR, State Bar No. 259816
  *kakkar@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for PARAMOUNT PICTURES CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS SAMANTHA KENNEDY, ADAM CLAYTON URICH, <br><br> Plaintiffs, <br><br> v. <br><br> PARAMOUNT PICTURES CORPORATION, <br><br> Defendant. | Case No. 12-CV-0372-WQH WMc <br><br> Honorable William Q. Hayes <br><br> **NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT PARAMOUNT PICTURES CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PUNEET V. KAKKAR & EXHIBITS THERETO** <br><br> **Date: December 17, 2012** <br> **Time: 11:00 a.m.** <br> **Place: Courtroom 4** <br><br> **[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]** |

CALDWELL LESLIE & PROCTOR

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Paramount Pictures Corporation ("Paramount"), by and through its attorneys of record, hereby requests that the Court take judicial notice of the following documents, which are attached as Exhibits 1-8 to the Declaration of Puneet V. Kakkar, pursuant to Federal Rule of Evidence 201 and supporting case law:

- **Exhibit 1:** A true and correct copy of the Docket from *Samantha Kennedy v. Paramount Pictures Corporation, et al.*, United States District Court for the Southern District of California, Case No. 3:95-cv-1954-K, downloaded from the Court's PACER website (the "*Forrest Gump* Action").

- **Exhibit 2:** A true and correct copy of the Amended Complaint in the *Forrest Gump* Action, downloaded from the Court's PACER website. The Amended Complaint is filed as Document 6 on the docket of the *Forrest Gump* Action and was also filed as an Exhibit in support of Defendants' Motion for Summary Judgment in the *Forrest Gump* Action.

- **Exhibit 3**: A true and correct copy of the Memorandum of Points and Authorities in Support of Summary Judgment filed by Defendants Paramount Pictures Corporation, Viacom, Inc., and Blockbuster Videos, Inc. in the *Forrest Gump* Action, downloaded from the Court's PACER website. The Memorandum of Points and Authorities is filed as Document 31 on the docket of the *Forrest Gump* Action.

- **Exhibits 4, 5, and 6**: True and correct copies of Plaintiff Princess Samantha Kennedy's copyrighted works that are referenced in the First Amended Complaint in this action, which were produced by Plaintiff Princess Samantha Kennedy in the *Forrest Gump* Action, were filed in support of Defendants' Motion for Summary Judgment in the *Forrest*

1        *Gump* Action, and were downloaded from the Court's PACER website.
2        These Exhibits were filed as part of Documents 38 and 39 on the
3        docket of the *Forrest Gump* Action.

4   •   **Exhibit 7**: A true and correct copy of the Order dated May 13, 1997,
5        by the Honorable Judith Keep in the *Forrest Gump* Action,
6        downloaded from the Court's PACER website. The Order was filed as
7        Document 56 on the docket of the *Forrest Gump* Action.

8   •   **Exhibit 8**: A copy of the publicly available Blu-Ray + DVD + Digital
9        Copy of *Titanic*, which is referenced in the First Amended Complaint
10       in this action.

11     This Request is based on this Notice of Request and Request for Judicial
12 Notice, the accompanying Memorandum of Points and Authorities in support
13 thereof, the attached Declaration of Puneet V. Kakkar, all of the pleadings and other
14 documents on file in this case, all other matters of which the Court may take judicial
15 notice, and any further argument or evidence that may be received by the Court at
16 the hearing.

17

18 DATED: November 13, 2012     Respectfully submitted,

19                             CALDWELL LESLIE & PROCTOR, PC
20                             JOAN MACK

21

22

23                             By        /s/
                                JOAN MACK
24                             Attorneys for PARAMOUNT PICTURES
25                             CORPORATION

26

27

28

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201 and accompanying case law, Defendant Paramount Pictures Corporation ("Paramount") respectfully requests that the Court take judicial notice of the documents attached as Exhibits 1-7 to the Declaration of Puneet V. Kakkar ("Kakkar Decl."). The documents are documents from the online docket in *Kennedy v. Paramount, et al.,* United States District Court for the Southern District of California, Case No. 3:95-cv-1954-K and a publicly available DVD referred to in the First Amended Complaint in this matter whose authenticity no party questions.

## II. LEGAL FRAMEWORK

Rule 201 of the Federal Rules of Evidence permits courts to take judicial notice of generally known matters and readily verifiable facts that are not subject to reasonable dispute. Fed. R. Evid. 201(b). Pursuant to Rule 201, courts may take judicial notice of matters in the public domain. *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010), *cert. denied*, No. 09-1254, 2011 WL 2518833 (Sup. Ct. June 27, 2011). In addition, courts may take judicial notice of readily verifiable facts. *See, e.g.*, *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."). Courts may take judicial notice of the filing of court documents in other actions. *Rothman v. Gregor*, 220 F.3d 81, 92 (2d Cir. 2000); *Rose v. Beverly Health & Rehab. Servs., Inc.*, 356 B.R. 18, 23 (E.D. Cal. 2006), *aff'd.*, 295 F.Appx. 142 (9th Cal. 2008).

In copyright infringement actions, courts may take judicial notice of the asserted copyrighted works and the allegedly infringing works that are referred to in the complaint and whose authenticity no party questions. *See, e.g.*, *Campbell v. Walt Disney Co.*, 718 F. Supp. 2d 1108, 1112 n.3 (N.D. Cal. 2010) (taking judicial notice of plaintiff's written screenplay and defendant's motion picture, both of

1  which were referred to in the complaint); *Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d
2  1124, 1128-29 (C.D. Cal. 2007) (taking judicial notice of DVD copies of allegedly
3  infringing works referred to in complaint).

**III.   JUDICIAL NOTICE IS APPROPRIATE HERE**

Exhibits 1 through 8 can be broken down into two categories, each of which is readily subject to judicial notice: (1) documents in the docket of this Court and (2) a DVD which is referred to in the First Amended Complaint.

The contents of this Court's public docket are readily verifiable and generally known. Thus, judicial notice of the docket of this Court in Case No. 3:95-cv-1954-K, the 1995 *Forrest Gump* Action (attached to the Kakkar Decl. as Exhibit 1) is appropriate here. The information in the docket is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Similarly, public filings made to this Court and other tribunals are readily verifiable, generally known, and not subject to reasonable dispute. *See Rothman*, 220 F.3d at 92; *5-Star Mgmt., Inc. v. Rogers*, 940 F. Supp. 512, 518 (E.D.N.Y. 1996). As a result, judicial notice of previous filings made to this Court (attached to the Kakkar Decl. as Exhibits 2, 3, 4, 5, and 6) is warranted here.

Judicial orders are also readily verifiable and generally known, and are commonly the subject of judicial notice. *See, e.g.*, *Day v. Moscow*, 955 F.2d 807, 811 (2d Cir. 1992) (taking judicial notice of "all relevant facts [that] are shown by the court's own records"). Accordingly, judicial notice of an order from this Court (attached to the Kakkar Decl. as Exhibit 7) is appropriate here.

Finally, judicial notice is also appropriate of records that are referred to in a pleading but not attached, and in particular, allegedly infringing works in copyright cases. *See, e.g.*, *Campbell*, 718 F. Supp. 2d at 1112 n.3 (N.D. Cal. 2010); *Zella*, 529 F. Supp. 2d at 1128-29. Accordingly, judicial notice of the Blu-Ray + DVD +

Digital Copy of *Titanic* (referred to in Paragraph 13 of the First Amended Complaint and attached to the Kakkar Decl. as Exhibit 8) is appropriate.

## IV.   CONCLUSION

For the foregoing reasons, Paramount respectfully requests that the Court take judicial notice of Exhibits 1-8.

DATED: November 13, 2012          Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
JOAN MACK


By _____/s/_____
    JOAN MACK
Attorneys for PARAMOUNT PICTURES CORPORATION

# DECLARATION OF PUNEET V. KAKKAR

I, PUNEET V. KAKKAR, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and a member of the bar of this Court. I am an attorney at the law firm of Caldwell Leslie & Proctor, PC, counsel for Paramount Pictures Corporation ("Paramount"). I submit this declaration in support of Paramount's Motion to Dismiss First Amended Complaint. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. Attached hereto as Exhibit "1" is a true and correct copy of the Docket from *Samantha Kennedy v. Paramount Pictures Corporation, et al.*, United States District Court for the Southern District of California, Case No. 3:95-cv-1954-K, downloaded from the Court's PACER website on November 8, 2012 (the "*Forrest Gump* Action").

3. Attached hereto as Exhibit "2" is a true and correct copy of the Amended Complaint filed in the *Forrest Gump* Action, downloaded from the Court's PACER website. The Amended Complaint is identified as Document 6 on the docket of the *Forrest Gump* Action but is not available on the Court's PACER website. However, the Amended Complaint attached hereto was attached as Exhibit "A" to the Declaration of Rex S. Heinke in support of the Defendants' Motion for Summary Judgment in the *Forrest Gump* Action. Attached hereto as Exhibit "9" is the Declaration of Rex Heinke, without exhibits, affirming that Exhibit "A" to his declaration is a true and correct copy of the Amended Complaint.

4. Attached hereto as Exhibit "3" is a true and correct copy of the Memorandum of Points and Authorities in Support of Summary Judgment filed by Defendants Paramount Pictures Corporation, Viacom, Inc., and Blockbuster Videos, Inc. ("Defendants' Summary Judgment Motion") in the *Forrest Gump* Action. The

1  Defendants' Summary Judgment Motion was filed as Document 31 on the docket of
2  the *Forrest Gump* Action and downloaded from the Court's PACER website.
3      5.   Attached hereto as Exhibits "4," "5," and "6" are true and correct
4  copies of Plaintiff Princess Samantha Kennedy's copyrighted works with
5  Registration Nos. TXU000464805, PAu001548413, and TXu000583376, bearing
6  Bates Numbers P00199-301, 302-339, and 413-837, which were produced by
7  Plaintiff Samantha Kennedy in the *Forrest Gump* Action, as identified in
8  Defendants' Summary Judgment Motion in the *Forrest Gump* Action at page 1
9  footnote 2.  These Exhibits were filed as part of Documents 38 and 39 on the docket
10 of the *Forrest Gump* Action.  A true and correct copy of the Defendants' Summary
11 Judgment Motion is attached hereto as Exhibit "3."  A true and correct copy of the
12 Declaration of Rex Heinke, without exhibits, which avers that the copyrighted
13 works were produced by Plaintiff Samantha Kennedy, is attached hereto as Exhibit
14 "9."
15     6.   Attached hereto as Exhibit "7" is a true and correct copy of an Order,
16 dated May 13, 1997, signed by the Honorable Judith Keep in the *Forrest Gump*
17 Action.  The order was filed as Document 56 on the docket of the *Forrest Gump*
18 Action.
19     7.   Lodged herewith as Exhibit "8" is a true and correct copy of *Titanic*, in
20 the publicly available Blue-Ray + DVD + Digital Copy edition, which is referenced
21 in the First Amended Complaint in this matter.
22
23
24
25
26     //
27     //
28     //

8. Attached hereto as Exhibit "9" is a true and correct copy of the Declaration of Rex S. Heinke in support of the Defendants' Motion for Summary Judgment in the *Forrest Gump* Action, which is attached hereto for purposes of authenticating other exhibits attached hereto. Paramount does not seek judicial notice of Exhibit 9.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2012, at Los Angeles, California.

_____
PUNEET V. KAKKAR

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 725 South Figueroa Street, 31st Floor, Los Angeles, California 90017-5524.

On November 13, 2012, I served true copies of the following document(s) described as **NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT PARAMOUNT PICTURES CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PUNEET V. KAKKAR & EXHIBITS THERETO** on the interested parties in this action as follows:

Princess Samantha Kennedy
Adam Clayton Urich
777 Seacoast Drive, No. N
Imperial Beach, CA 91932

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2012, at Los Angeles, California.

/S/
Mirela Popescu