1  Princess Samantha Kennedy
2  Adam Clayton Urich
3  777 Seacoast Drive, #N, Imperial Beach, Ca 91932
4  619-816-6045

FILED

2012 NOV 30  AM 11: 51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC BY ND _____ DEPUTY

NOV 2 8 2012

Original

8  UNITED STATES DISTRICT COURT
9  SOUTHERN DISTRICT OF CALIFORNIA

10 Princess Samantha Kennedy
11 Adam Clayton Urich
12          Plaintiffs
13
14         v.
15 Paramount Pictures Corp.
16 _____

Civil No. 12 cv 0372 WQH WMc
Honorable William Q Hayes

Plaintiffs' Opposition And
Objection To Defendants'
Request for Judicial
Notice In Support of
Defendant's motion
to Dismiss First
Amended complaint
Memorandum of Points
And Authorities in
Support of Plaintiffs'
Opposition and Objection
to Defendant's Request
for Judicial Notice

Date: December 17, 2012

Time: 11:00 a.m.
Place: Courtroom 4
Judge: The most
Honorable Judge William
Q HAYES

ODMA\PCDOCS\WORDPERFECT\21201 May 27, 1998 (3:47pm)

1

This Opposition And Objection is based
on the accompanying Memorandum of
Points and Authorities, all pleadings
and other documents included in
Support of opposition and Objection.
Plaintiffs hereby moves this Court to
deny Defendant's Notice of Request For
Judicial Notice.

Dated 11-28-12, 2012

Truly and Most Respectfully
By Princess Samantha Kennedy
and Adam Clayton Ulrich
Plaintiffs Pro Se

Memorandum of Points and Authorities
In Support of Plaintiffs' Opposition
And Objection To Defendant's Request
For Judicial Notice

Comes Now the plaintiffs Princess Samantha Kennedy and Adam Clayton Ulrich appearing pro se and makes the following in objection and opposition.

I. Defendants' Request For Judicial Notice is Overbroad AND IMPROPER

"In order for a fact to be judicially noticed under Rule 201(b) [of the Federal Rules of Evidence "FRE')] indisputability in a prerequisite." U.S. v. Jones, 29 F. 3d 1549, 1553 (11th Cir. 1994) (citing 21 C. Wright & K. Graham, Federal Practice and Procedure: Evidence §5104 at 485 (1977 & Supp. 1994)). "Since the effect of taking judicial notice under Rule 201 is to preclude a party from introducing contrary evidence and in effect, directing a verdict against him as to the fact noticed, the fact must be one that only an unreasonable person would insist on disputing." Ibid. "If it were permissible for a court to take judicial notice of a fact merely because it has been found to be true in some other action, the doctrine of collateral estoppel would be superfluous." Ibid. A court may take judicial notice of a document filed in another court not for the truth of the matters asserted in the other litigation, but rather to establish the fact

3. 12CV0372 WQH WMC
Plaintiffs' opposition and
objection to Defendant's
Notice of Request For Judicial
Notice

of such litigation and related filings. Jones, supra, 29 F.3d at 1553; see also, Wyatt v. Terhune, 315 F.3d 1108, 1114 (9th Cir. 2003) ("[T]aking judicial notice of findings of fact from another case exceeds the limits of Rule 201.") "accordingly, a court may take notice of another court's order only for the limited purpose of recognizing the "judicial act" that the order represents or the subject matter of the litigation." Jones, supra, 29 F.3d at 1553, The Defendant ask this court to take judicial notice of Exhilits 1 through 9, mostly about previous case of Kenredy in the Forrest Crump case. The court should not take judicial notice. Defendant far exceeds the bounds of FRE 201. In Wikipedia a "Judicial Notice" is a rule in the law of evidence that allows a fact to be introduced into evidence if the truth of that fact is so notorius or well known, or so authoritatively attested, that it cannot reasonably be doubted. This is done upon the request of the party seeking to rely on the fact at issue." It is given without being formally introduced by a witness. (No expert witness here.) In the United States, Article II of the Federal Rules of Evidence ("FRE") addresses judicial notice in federal courts and this article is widely copied by U.S. States. FRE 201(b) permit judges to take judicial notice of two categories of facts:

1. Those that are "generally known within the territorial jurisdiction of the trial court"

4. 12cv0372 WQH WMC
Plaintiffs' Opposition and
Objection to Defendant's
Notice of Request for Judicial
Notice

(e.g. locations of streets within the court's jurisdiction) or 2. Those that are "capable of accurate and ready determination by resort to source whose accuracy cannot reasonably be questioned" (e.g. the day of the week on a certain date). The FRE also notes that judicial notice may be permissive or mandatory. If it is permissive, then the court may choose to take judicial notice of the fact proffered, or may reject the request and require the party to introduce evidence in support of the point. If it is mandatory, then the court must take judicial notice of the fact proffered. Although the FRE does not expand upon the kinds of facts that would fall into one category or another, courts have ruled that judicial notice must be taken of federal public laws and treaties, state public laws, and official regulations of both federal and local government agencies. Judicial Notice and the burden of proof -FRE 201 (f) establishes that the effect of the court taking judicial notice is different in civil and criminal trials. In a civil trial, the fact taken Notice of is thereby conclusively proved. We are not even at trial stage, we are trying to make a complaint, there is no discovery, no expert witness, we are objecting. All the facts have NOT been brought forth, we are trying to make a complaint. In a criminal case, the defendant has the right to contest every fact that might tend to incriminate him. Therefore, the court taking judicial notice

5. 12CV0372 WQH WMc

would simply allow the jury to make the finding that the court took notice of, but would not require this outcome, and would not prevent the defense from presenting evidence to rebute the noticed fact. On the federal trial court level, judicial notice is recognized in rule 201 of the Federal Rules of Evidence for U.S. District Courts and magistrates. If a party objects to the taking of judicial notice, the court must give that party an opportunity to be heard on the issue. We object. In a civil jury trial, the court must inform the jury that it must accept the judicially noticed facts in the case as conclusively proved. In a criminal trial by jury, the court must instruct the jury "that it may, but, is not required to accept as conclusive any fact judicially noticed facts include the location of streets, buildings, and geographic areas; periods of time, business customs; historical events; and federal, state, and International law. The danger of judicial notice is that, if abused, it can deprive the fact finder of the opportunity to decide a contestable fact in a case. In Walker V. Halliburton Services, 654 So. 2nd 365 (La. App. 1995), Johnny Walker fell from a tank truck approximately ten feet to a concrete floor. Walker sought workers' compensation benefits for his injuries and his claim was denied by the office of Workers' Compensation, at the application hearing, the hearing officer stated

6.   12 cv0372 WQH WMC
Plaintiffs' opposition and objection to defendants notice of request for Judicial Notice

a soft-tissue injury heals in six weeks—preventing Walker from contesting that proposition — and disallowed Walker's claim, on appeal the Louisiana Court of Appeal, Third Circuit, reversed the decision and ordered the payment of workers' compensation benefits. According to the court, it was a clear error of law for the hearing officer to take judicial notice of such intricate medical knowledge. The defendant can ask the court to take judicial notice of what is already contained within the same case file. The Defendant is asking the court to take judicial notice in another lawsuit. We are not trying Gump. Exhibit 1 (defendant's exhibit), dates are entered wrongly. See Exhibit here, I filed my complaint in June, 1995 and another date where The Judge tells me to amend is 9-11, NOT 9-12-95, to the best of my memory. Dates are wrongly entered. The Judge entered in 9-11-95 granting, I believe + I will never forget the date, which is store in plastic boxes in storage, granting in forma pauperis and to amend, NOT 1-12-96. Exhibit 2 (defendant's exhibit), copyrights of mine are not all there, they have been omitted, see amended pleading Exhibit A of mine. Exhibit 3 (defendant's Exhibit) Defendant omits over 100 similiarities of mine in my works that are almost 600 pages, whittle down phrases and declare "scenes a faire." They concentrated only on Glenn and NOT

7. 12cv0372 WQH WMc
Plaintiffs' opposition and objection to defendant's notice of request for judicial Notice

sequence of events, that there was a Forrest and a box of chocolates in my work, a man in a plaid shirt sitting on a bench. There were no expert witnesses, only the testimony of defendants' and makers of Gump. Also court tapes in the last vital moments had been spliced. The defendant had access. Defendants makes statement that Forrest and Jenny do not swim in the Gump screenplay, they do, they copied where I write naked little children are swimming in the water. Attorneys wanted to avoid this scene. They whittle down similiarities and whole scenes and state they are common words, "scenes a faire," and now defendant copies from this old case and do the same as previous attorneys. Winston Groom's Book was no where similiar to the Gump movie, he sued Paramount Pictures. We only (In Groom's Book) see one sentence about Jenny in his book, she and Forrest never marry, mama never dies and runs off with another man, while Forrest rockets up and lands on the island of Borneo with canabels, headhunters and stewing pots and Forrest running naked with Raquel Welch through Beverly Hills. It was an unknown book, used to front the movie, while they copied from mine. The Judge declared my case non-frivolous and denied them attorney fees.

8.   12 cv0372  WQH WMC
     plaintiffs' opposition and
     objection to defendant's
     notice of request for
     judicial notice

Exhibit 8 (defendant's exhibit), the new
Blu-Ray of 2 1/2 new hours and omitted
scenes they did not use in Titanic (scenes
they copied from me + we can see in Titanic
script) I have not seen DVD yet, we do
not have a DVD player, or the money, to
buy one. I have seen omitted scenes in
Titanic script, they have copied from me.
In Exhibit 9 (defendant's exhibit), they
tried to omit evidence and they got a magistrate
Judge to get them out of answering almost all
my questions. See Exhibit B here. The dates,
some presented appear to be wrong that
is documented (see Exhibit 1, defendant's
exhibit) see also my exhibit B, my case
filed June, 1995. The defendants also never
presented a fiancial statement in the case,
but, I had to. The last I heard on the
Crump case I had to supply a brief to
court and defendants never did, I got a
letter from the court that defendants would
be allowed to delay their brief, court
wrote "until further notice" I never got
the notice and the case may still be open.
I also recieved that had been decided during
the Christmas Holidays, the court was closed.
Pursuant to California Code of Civil Procedure
§ 430.10(d), (e) and (f), the party against
whom a complaint has been filed may object
by demurrer to the pleading on grounds

9.   12 cv0372  WQH WMc
plaintiffs' opposition and
objection to defendants'
Notice of request for judicial
notice

there is a defect or misjoinder of parties,
the pleading does not state facts sufficient
to constitute a cause of action or the
pleading is uncertain, ambiguous and/or
unintelligible. However, it is an abuse of
discretion for the court to sustain a demurrer
if there is a reasonable probability that the
defect can be cured by Amendment.
(Schifando v. City of Los Angeles (2001)
31 Cal. 4th 1074, 1082.) The burden is on
the plaintiff to demonstrate how the complaint
can be amended to state a valid cause of
action. In Exhibit 5 of Defendant's notice,
they try to mislead the court by hiding the
entire newspaper article attached, like they
did before in the Gump case, that presented to court
because it is vital evidence. This news article
was vital to my case and now in Titanic it is vitel.
This whole news article, in my Exhibit
A Here, along with news articles on the
Gump case. They newspaper they try to conceal
and mislead the court is a 1981 News article
about me. We see a photo of a man wearing
plaid sitting on a park bench like Forrest,
we read about the singer (defendants embellished
and scummed up) the military man who could
not walk (defendants embellish and cut his
legs off) the slowman, the newspaper always
was inserted in my scripts, always accom-
panied my scripts. They do not want the court

10.    12 cv0372 WQH WMC
       plaintiffs' opposition and
       objection to P. defendants'
       notice of request for judicial
                                Notice

to see it, that is why you see a small portion of it. See my Exhibit A. For the big article. My scripts also included a military photo of Glenn who many people said looked like Lt. Dan. The actor who was hired to play Lt. Dan, was hired because he looked like Glenn, they use both Glenn's likeness and my adopted dad's likeness in the Gump movie. They had access. Federal Rule of Civil Procedure 8(a)(2) requires only "a short and plain statement of the claim showing that the pleader is entitled to relief," in order to "give the defendant fair notice and grounds upon which it rests." An amended complaint is "freely given." We have presented in our case a fair notice and sample scene synopsis between the two works, and verbatim copied dialogue, same characters, their same names, Titanic I wrote about and also about Forrest, the card game to win the ticket and verbatim dialogue "It was like winning the lottery," which are not common words. I presented copyrights. See Exhibit C of my amended pleading, brief scenes synopsis between the two works and scenes between the two works. It is substantially similiar, but Defendant leaves it out and whittles it down to words + says it is common, "scenas affaire." Judicial notice violates the right to a jury trial.

11.   12 cv0372, WQH Wmc.
Plaintiffs' opposition and objection to defendant's notice of request for judicial notice

II. Forrest Gump and my work is subtanially similiar.

Jenny + I both had tremendous tragedy and poverty before the age of seven with a father who was a farmer (but who did not touch me and my sisters, an embellishment from the makers of Forrest Gump) Both little girls were taken by police to live with her relative, Both had torn clothes and a mad dog, both played in a tree. In Gump Jenny + I are going to college, Forrest + Jenny are sitting on the bed. Forrest is there watching her, her hair is wet she is wearing a bra and asks him if he has ever touched a girl, ever been with a girl, he reaches out and touches her breasts and he ejaculates. On one script page of mine, Lorine and Gilbert are sitting on the bed talking about their missing child Teresa (me), Lorine is wearing her bra and she starts to take it off, below on the same page my hair is wet from the water, I am naked, an eleven year old child as a man is watching me. Forrest ejaculates in the robe, Lorine drops her robe, in front of him (used again in Titanic) Both Jenny and Teresa are wasted away from illness. I write there needs to be more funding for AIDS research, I am a singer as a child on stage in Tennessee singing about our country's Bi-Centennial, I am dying. (They use again in Titanic - Rose is singing, "she knows she is dying, she is hallucinating") Jenny is singing

12. 12cv0372  WQH WMC
Plaintiffs' opposition and objection to defendant's notice of request for judicial notice

on stage in Tennessee, (I sing on stage in Tennessee)
naked as the men "fondle her, grope her, pour
beer on her as she tries to sing a song, "she is
catatonic" sitting on a stool and we see a man
pick up the naked Jenny and carry her out, then
she has her "costume" on, we see the 4th of July
Fireworks. Jenny gets sick has a virus, tells
Forrest she sees God but he does not believe
her as she floats (on drugs and shooting up in
the movie) in the U.S. I am a child singing on
stage for the 4th of July, we see the Uncle
Sam "costume". I am dying, singing my
heart out, a child and I faint the conducter
picks me up (same as Jenny on stage being
picked up) and he carries me out, wearing
my white formal and corsage away from the
school stage. I am almost dead from my illness,
over 8 feet of large intestine is removed and some
of my small intestine, "IV needles in my neck"
(Jenny puts the needle in her arm - heroin)
paddles (we see in crump with doctors and
patients around) are applied to my chest, I
flat line, last rites have been given (they use
again in Titanic the last rites) wasted away. I
try to pull the tube from my nose, as I was waking
up, I told Doctor Charles I heard Jesus' voice
(Jenny sees God) like Forrest, Doctor Charles does
not believe me, he says I am "hallucinating
from all the morphine they are giving me, I
had died. I go back to college, Jenny goes

Plaintiffs' opposition and objection
to defendant's Notice of request
for judicial Notice

to college, before her illness. In Forrest Grump
we have a slow man, who wears braces, he
sits on a bench in his plaid shirt giving chocolates
to people, the box of chocolates. He has a best
friend who is black in which he rides to
the military base with, he says "we are not
relation". Same as mine, he sits on the bench,
wears plaid, has a box of chocolates, rides
to the base with his black Buddy and his
Buddy says "we are not related." Both Grump
and my work have fighting in vietnam,
football playing, all the Presidents, Nixon's
watergate, the assination of the kennedys and
Martin Luther king, Marlyn Monroe, Drinking
soda pop and the long walks their long walks
with their wives in the country. Gilbert loses the
use of his legs, throws things off the table drinking
Jack Daniels, falls to the floor, the woman
calls him "freak," and they are fighting, he goes
on a drinking binge. Lt. Dan loses the last of
his legs, throws things off the table (They use
again in Titanic when Cal throws things off
the table) We see a bottle of Jack Daniels, he goes
on a drinking binge, throws things off the table
+ falls to the floor (They use again in Titanic,
when cal throws things off the table, we see Rose
on the floor, she had been drinking) we hear "freak"
and there is fighting, both Lt. Dan and Gilbert tell
them to get the hell out, "get out." Both Gilbert
14. 12 cv0372 WQIt Wmc

Plaintiffs' opposition and
objection to defendant's
notice of request for judicial
Notice

Both Gilbert and Lt Dan have a fight with God/Devil in a storm and lightning, screaming and yelling, both works have the hurricane, Carmen. Forrest continues to run back to the pier (they use the pier again where I am an eleven year old naked child on the pier, in Titanic, "Young Rose on the pier" as the camera flashes from photographers go off like a battle") We see the pier in Crump, Forrest jumps into the water, I am naked on the pier 11 and jump into the water, little boys naked as Jaybirds in a tree playing jump into the water as a tractor goes by, the tractor in Crump goes by. In Crump same as mine, we see a woman in a dark dress lead the child through the yard wearing braces and walking with a limp, Forrest says we have a hat called Bubba Crump shrimp (a small person - shrimp) hat, we got more money than the Davy Crocket. I live in the county in Tennessee where we have the Davy Crockett Highway, he wore a coon skin hat + I write about Fess Parker. I am naked on the pier wearing a hat like a little boy, I throw it off + I am not a boy, taking my clothes off after I fish (not shrimp) while a man is watching me. I throw the hat onto the pier Forrest says he has a Bubba Crump Shrimp hat, + that we have more money than the Davy Crocket Jenny and I both have the same address.

IS. 12CV0372 WQH WMC
Plaintiffs' opposition and objetion to defendents Notice of request for judicial notice

We see on the envelope "Rt.2" letters sent back to Forrest, my brother mails me a letter wanting to see me, I write my address is "Rt.2", also at roll call Webster gets a letter in Gump, in my work, Director of the F.B.I Mr. Webster gets a letter. Both Gilbert and Gump are on their boat with Lt. Dan sitting on the pier. There is substantial similiarity. While I am in the hospital, I have to learn to walk again, my black nurse is there, I have to bathe, I throw a tray at the nurses, she comes back over and over again, we see the black nurse sitting by Forrest on the bench. She tries to help me walk over and over, I am in pain crying, The black nurse sitting by Forrest tells him her feet are in pain. In hospital, I am covered in white bandages (Defendant states I had "a brain disease," A BOLD LIE, I have never had a "brain disease" and I never wrote I had a brain disease) I guess they did that to mislead the court to think there are no similiarity. I have to walk again, I can't walk, using a walker (We see the same in Titanic, Rose in the wheelchair, she gets up and walks) While Lt. Dan and Forrest are in the hospital, Lt. Dan asks Forrest does he know what it is like to not be able to use your legs? Lt. Dan's Black Nurse comes in and takes him to get his bath. Lt. Dan throws a bed pan. Forrest goes into the hospital room, looks down and sees a small person covered in white bandages. You can see my naked bottom, my gown open,

16. 12 cv0372 WQH WMC

President Johnson asks Forrest wear he was wounded, he says he was wounded in the buttocks, Johnson says + whispers to Forrest that he would like to see it, Forrest bends over and shows his naked bottom (my bottom is visible) Both Jenny and I are dying from an illness, I write we need more AIDS research, Defendants give Jenny the AIDS to embellish, she has the virus. Both characters, like Gump and Gilbert meet their child for the first time, both have a child that has the same name as his father. "I was named after a Queen." Both characters Gilbert and Gump are told they "have the I.Q. of a genius." I also write I was tested for I.Q. and other mental tests and to see if I had mental disorders, I was a little slow they told my adopted family, but, they wanted me re-tested. Results were I was not mentally ill or crazy, that I did Not have "schizophrenia" which is "catatonic", I did have ulcerative colitis, with loose stools and heavy bleeding from the bowels and I sang on stage as a child. Jenny "sitting on a stool" naked on stage, "catatonic" while me fondle her naked body. We are both picked up by a man off the stage and carried away. While she is naked on stage one man says, "This ain't Captain Kangaroo," a children's television show. We also hear in movie "are you crazy or just stupid" (Forrest had I.Q. + mental tests) my "peas and carrots" are copied. Which

17.   12 CV0372 WQH WMC
Plaintiffs' opposition and
objection to defendant's
Notice of request for judicial Notice

Forrest says "we were like peas and carrots" [1] in which they use again in Titanic when Cal calls Rose "sweet pea" when they are having their Big Dinner they copied from my big dinner and make a toast. See Exhibit A my newspaper article that was always included inside my scripts, where it shows a man in Plaid like Forrest sitting on a Bench in the park, it is our story, the reason I started writing my works, it talks about the slow man, the military man, who cannot walk, the singer. a cover up and my work is destroyed. also included in Exhibit A is a letter from Brian Williams of NBC News about the Crump lawsuit and additional news articles about the Crump lawsuit. My works are almost 600 pages, difficult to describe in a couple of pages like the defendant has tried only concentrating on Gilbert and leaving out other people, names, sequence of all the events, dialogue, mood tsetting. In the movie Lt. Dan wants to be an astronaut, I write about John Glenn the astronaut, Lt. Dan walks up, Forrest and Jenny Get married, Jenny is wearing a ring of flowers around her head, with No shoes, we see the woman in yellow at the wedding, Lt. Dan Looks at Jenny and licks his lips. Glenn and Lorine get married, we see the woman in yellow, I am naked, at the pier, 11 years old with a ring of flowers in my hair, barefooted, near the water, we see a woman later floating, white gown, no shoes on feet.

18  12 cv0372 WQH WMC
Plaintiffs' opposition and
objection to defendant's Notice
of request for judicial Notice

in which they use again in Titanic (the woman in the white gown, floating dead in the water)

The wheelchair is being pushed, my pregnant mother, Gilbert is walking one night and a vehicle tries to hit him, run him down, my mother is put into a cab. The car tries to hit Gilbert, his little boy, Damon, has a brain tumor, something is wrong with his eyes, they are bloodshot, they fear he will go blind. We see Forrest and Lt. Dan out walking, Forrest is pushing the wheelchair, a vehicle tries to hit them, they are almost hit. Lt. Dan screams, "ARE YOU BLIND !! I'm WALKING HERE !! '" The works are substanial similiarity, sequence of events, same copied names. Forrest, Jenny, Lt. Taylor, Black friend he rides to the military with, the man who dies by the river, the KKK masked men, Jenny throwing a rock through the window, Vietnam and all the Presidents, but, Not limited to. The Defendant like before in 'Gump' is trying to mislead the court, in their exhibit to dismiss my amended complaint, judicial notice, Exhibit 5, they do not copy the whole newspaper article to show the man in PLAID SITTING ON THE BENCH, "The Tennessean" front page News article. They do Not want the court to read it, or see it. See my Exhibit A here of the entire article, I always put a copy in my scripts. We see both Gilbert and Gump running in the desert,

19  12 cv 0372 WQH wmc.

Plaintiffs' opposition and objection to defendant's Notice of request for judicial Notice

the mountains, we hear them ask what are "you running for the environment, women, animals, for world peace", they copied from mine for "women, the environment, animals, for world peace."

During World War II Mussolini, The Duke, was hanged upside down, Gilbert finds a doll hanging by the neck by a rope, a robe (Forrest ejaculates in the robe) it looks a lot like him hanging there. (We see the Doll again in Titanic) we hear the music "Aquarius" while little 11 year old Teresa has her back to the camera. She throws her clothes off, her hat off, to show she is Not a boy, a man is watching her from a hill, she is Naked (me) running and starts to climb, climb, climb up a tree that has a rope (We hear in Titanic, cut them down, I need a knife, I need a knife) a rope tied to a tree limb, she swings out over the water, swinging. In Gump or Forrest that is in the same paragraph as Prince Philip and Queen Elizabeth, ("We are royalty Rose" shows her the jewel (coronation of Queen Elizabeth) In Gump "Aquarius starts to play while Forrest is playing with his paddle, we see Forrest and the little boy wearing a hat with their back to the camera fishing (I have my back to camera fishing) (I am Naked, I start running, a man is there) we see the children are running and we see a tree.

20.   12CV0372 WQH WMC
Plaintiffs' opposition and objection to defendant's Notice of request for judicial Notice

We see them sitting in the tree. Forrest says, "I taught her how to climb" and she showed me how to swing." We see Forrest hanging upside down from a tree limb. We see Forrest several times running on the pier. I write that the military men who were gay or bedwetters were given a bad discharge. Glenn goes into the latrine flushes the toilet and throws water into the officer's face. Forrest is holding himself like a little boy while they were giving out good citations and congradulations. Forrest is with Jack Kennedy, Jack asks him, Congratulations, How do you feel, Furres, "I got to pee." (Bed-wetters) He goes into the bathroom, flushes the toilet, washing his dirty hands he sees Marlyn Monroe. (I was molested at three, I'm dirty, crying, I write Marlyn Monroe dies of a supposedly overdose of drugs. Jenny's father was always touching and Kissing (molested) (by sitter) Jenny. Forrest shows up at the front door, the baby sitter brings home the little boy. Jenny tells him that the house is cluttered. Forrest walks through the house. The baby sitter knocks on the door and is holding the little boy. The sitter is in a hurry, and says she is doubled park. Jenny tells him the little boy is his son, she named him after him, your his father, Forrest. (Forrest is found in the

21.   12 cv0372 WQH WMc
Plaintiffs' opposition and
objection to defendant's Notice
of request for judicial Notice

same paragraph with Prince Philip)
Charles knocks on the door, he starts
walking through the house, Lorine is
on the couch (like Rose when he - the wife
stealer sketches her) I am asleep,
it is very "cluttered" I write, Charles
tells Glenn the children are not being
taken care of. The father has shown
up at the front door asking the sitter for
me and to hurry up that I did not need
any clothes, he is parked outside, she hands
the baby (me) to him + takes me to
the car. I was (molested) by a baby
sitter at the age of three, crying and
screaming for weeks. "very dirty, I'm dirty."
He is heavy from eating too many pot
luck dinners at church. He wanted to
put his hands on a three year old, curly
haired baby. In Titanic, he takes her to
the car, she says "put your hands on
me" "she welcomes his weight as she slides
under him" We see a small bloody hand
slap a bloody handprint on the glass,
then the ship hits and their doom is
coming.
   When Charles shows up and says I
am not being taken care of Gilbert
throws him out. Police and government
show up, take me away, in a pink
blanket, holding my teddy bear, Charles

22   12 cv 0372 WQit Wmc
Plaintiffs' Opposition and
objection to defendant's
Notice for judicial Notice

had me removed. Little Jenny
is taken away by police holding
her little doll, we see the black
government car, that I write I am
put in (in Oump, the police car) I never
see my family again for over 20
years until we are reunited (see
Exhibit A Newsarticle) In 1997
Queen Elizabeth invited me to England.
and again, made me founding member
of the American Air Museum In
Great Brtain. Defendants copied my works,
embellished and deviated my works.
There is substanial likness.

## II. Conclusion

For the foregoing reasons, Plaintiffs
respectfully request that the court sustain
all the above objections to Defendant's judicial
notice, take judicial notice only of the matters
stated above, strike the Declaration of
Puneet V. Kakkar and refuse to consider
any of the extraneous materials outside
the four corners of the complaint. We attest
and declare to the facts, that the above facts
is true under penalty of perjury.
Dated: November 28, 2012, 11-28-12

By Princess Samantha Kennedy
and Adam Clayton Ulrich.
                                 Plaintiffs in Pro Se.

23. 12 CV0372 WQH Wmc
Plaintiffs' opposition and
objection to defendants
Notice of judicial Notice

Exhibits

1. Man on Bench, News articles,
   NBC Letter . . . . . . . . . A

2. June 22, 1995 claim,
   order granting IN Forma Pauperis,
   Defendant's request of documents,
   Supreme Court Filing . . . . . B

# THE TENNESSEAN

NASHVILLE, TENN., SUNDAY, MARCH 29, 1981

NEWSPAPER

Second Class Postage
Paid at Nashville, Tenn.

15 Sections   ★★

**Index on 2-A**

rom Boys | A Waltz Across Tennessee | The Envelope, If You Please

Indiana Easily
r NCAA Finals

Travel, From Gatlinburg Peaks
To Memphis' Mississippi Mud

Academy Awards of the Past,
Tally Sheet for Tuesday Gala

Sports | Panorama | Showcase

## inged With 'Fear'
ost Parents Found

By ED GREGORY

"Teresa Tibbs has ... tions about her reunion from today with parents who gave her up for adoption 21 years ago.

"I just talked to them over the phone, again and it was great. I cai..it to see them," she said yo...

BURLON FRIDAY she said: "I'm afraid to face them. I was the only one of five children who was given up for adoption and when I was growing up ... told me bad things about ... and I felt like I had been abandoned."

Teresa, born Theresa Kate Glenn, is now 23, divorced and an aspiring singer. She remembers nothing of the day in 1959 when Gilbert and Lorine Glenn's three sons and two daughters were placed in foster homes.

As she talks of the upcoming re-union, her expressive face mirrors ...





## Sister and Brother Reunited After 21 Years

Teresa Tibbs relaxes with her brother, Jim Glenn, during their first meeting since she was given up for adoption 21 years ago. Glenn spent two years searching for his "baby sister."

WINCHESTER, Tenn. — Teresa Tibbs relaxes with her brother, Jim Glenn, during their first meeting since she ...

"I HAVE BEEN looking for Theresa for a couple of years ... "If you have ... told her about ... I would like to ..."

TERESA SAID SHE understands her adop- tive parents more ... as a result of the reunion



Case 3:12-cv-00372-WOH-WMC   Document 31   Filed 11/30/12   Page 26 of 63

THE TENNESSEAN

A GANNETT NEWSPAPER

NASHVILLE, TENN., SUNDAY, MARCH 29, 1981

Second Class Postage
Paid at Nashville, Tenn.

15 Sections          **

2-A

Note: They misspelled
my last name which
was my first marriage.

S Kennedy
5-7-94

# Joy Tinged With 'Fear' As Long-Lost Parents Found

By ED GREGORY

Teresa Tibbs has six ques-
tions about her reunion ____
from today with parents who gave
her up for adoption 21 years ago.

"I just talked on the
phone again and it was great. I
can't wait to see them," she said
y____

BUT ON FRIDAY she said: "I'm
afraid to face them. I was the only
one of five children who was given
up for adoption and when I was
growing up _____ told me bad
things about my family and I felt like
I had been abandoned."

Teresa, born Theresa Kate
Glenn, is now 23, divorced and an
aspiring singer. She remembers
nothing of the day in 1959 when
Gilbert and Lorine Glenn's three
sons and two daughters were
placed in foster homes.

As she talks of the upcoming re-
union, her expressive face mirrors
anxiety that fluctuates from joyous
expectation to nervous apprehen-
sion. It also shows the anger she
feels at the trick of fate that re-
united her three brothers and sis-
ter with each other and their par-
ents 10 years ago while she re-
mained separated from them all.

"I WAS THE youngest and was
adopted a year after they split us
all up," she said. "But my three
brothers and my sister were in fos-
ter homes all that time and when
the time came, it was in 1970, they
were able to all get together
again.

## Sister and Brother Reunited After 21 Years

WINCHESTER, Tenn. — Teresa Tibbs relaxes with her
brother, Jim Glenn, during their first meeting since she



was given up for adoption 21 years ago. Glenn spent two
years searching for his "baby sister."

"I HAVE BEEN _____ for Theresa for a
couple of years _____," he wrote. "If you have
told me about _____. I would like to
meet her. If you _____ don't bother but
would like to know _____"

"I have been praying that someday I would
find my baby sister. I hope this is not another
disappointment!"

The reply arrived six days after he mailed
his letter and included a short note from
Jeffers and an emotional letter from his "baby
sister," now a grown woman with a child of her
own.

"For so many years I've been wondering
where all of you were," she began. "I've been
longing and praying for this to happen for

TERESA SAID she understands her adop-
tive parents more _____ as a result of the reunion
with her natural family.

"I've always been close in spirit with my nat-
ural family, even though I never knew them.
But I understand and cherish more now the
love between me and my adoptive parents,"
she said, adding:

"I don't know what I'm going to say to my
natural parents when I see them or what the
reunion will be like. I'm confused about it all
but it sure beats not knowing."

THE EMOTIONAL confusion has been multi-
plied, she said, by the fact that she recently cut
her first record and is trying to launch a sing-
ing career.

She is singing under the name Terri Glenn,
and the first song, for Electro Lite Records, is

feels at the trick of fate that united her three brothers and ... ter with each other and their parents 10 years ago while she remained separated from them all.

"I WAS THE youngest and was adopted a year after they split us all up," she said. "But my three brothers and my sister were in foster homes all that time and when the time came, it was in 1970, they were able to all get together again."

"I knew all along that I had brothers and sisters, I just didn't know how many and where," she said.

Growing up in and around Winchester, Tenn., not knowing she was just a few hours' drive from her lost kin, Teresa was haunted by vague memories of two of her siblings, twins Jim and Janet.

WHEN GILBERT and Lorine Glenn's five children were placed in custody of the state in 1959, Teresa and the twins, three years older than she, shared their first foster home.

"I remember sitting by a big picture window when I was about 2 years old, watching Jim and Janet go off to school in the mornings and waiting for them to come home in the afternoons," she recalled. "Then we were separated. I was adopted and never saw them again.

"Whenever I felt sad lonely, I would think about that picture

(Turn to Page 14, Column 1)

# Joyful But Afraid, She Waits To See Long-Lost Parents

### (Continued From Page One)

window and feel that someday, they would come back to me again."

THE REUNION with her brother Jim, who lives in Rockwood, Tenn., came earlier this year after he spent two years trying to unlock sealed adoption records. After running into a stone wall on the official inquiries, he came across his old grade-school teacher, Mrs. Flossie Cox.

Mrs. Cox, it seems, knew that Teresa had been adopted by Mr. and Mrs. O.B. Jeffers. Then it was learned that Mr. and Mrs. Jeffers had moved from Knoxville to Winchester.

Jim's first letter was addressed simply: "O.B. Jeffers, Winchester, Tenn."

"I have been praying that someday I would find my baby sister. I hope this is not another disappointment."

The reply arrived six days after he mailed his letter and included a short note from Jeffers and an emotional letter from his "baby sister," now a grown woman with a child of her own.

"For so many years I've been wondering where all of you were," she began. "I've been longing and praying for this to happen for twenty long years . . .

"YOU SEE, EVER since I could remember I've known that I was adopted. I always felt out of place and I didn't feel like I really had anybody. I'd always see people and wonder if they could be my brothers and sister . . .

"I've been living in a dream world for years and now my dream has finally become a reality. I belong."

She wrote of her one clear memory, the picture window in that first foster home.

"You were my big brother and sister and both of you were very protective of me and I felt secure," she wrote. "It's when they took you away that I lost that security, and that insecurity has been with me all of my life. Now nothing is ever going to take you away from me again."

THAT FIRST exchange was followed by other letters and numerous telephone calls to her sister, Janet Glenn Treadway, who is married, has three children and lives in Cincinnati; her brother, Gilbert Glenn Jr., who lives in Boston, and her biological parents, who live in a Knoxville housing project.

Her eldest brother, Damon Glenn, is mentally retarded and lives with foster parents in Knoxville, Teresa said.

Teresa's father, whose often eloquent letters to the editor appear frequently in Knoxville-area newspapers, is homebound by arthritis. His letters to Jim and Teresa express love and seek understanding.

HE MAKES NO attempt to hide his bitterness over the events that tore his family apart. Hard times are blamed on the Air Force, from which he was forcibly discharged in 1954 because of a medical problem, and relatives who he says meddled in his marriage.

Those relatives, he says, are to blame for charges of neglect that resulted in the loss of his children.

"We were separated from our children on May 29, 1959, and were exonerated of the charge of neglect by the Knox County Grand Jury in January, 1960," the elder Glenn said.

He and his wife were unable to pick up the pieces immediately, he said, because by that time . . . [we] were two completely demoralized people who had been crushed."

even though I never ... But I understand and cherish n love between me and my adopt she said, adding:

"I don't know what I'm going natural parents when I see them reunion will be like. I'm confuse but it sure beats not knowing."

THE EMOTIONAL confusion h plied, she said, by the fact that sh her first record and is trying to ing career.

She is singing under the name and the first song, for Electro Li titled Daddy.



1955 mistake
after 1954. Whi
to Senator E

Senate Hear
conducted o
waste amour
$50,000,000.00
1950's. The N
Committee 1st Hea
2nd Hearing- Sena
Committee in Wh
was a member. Jan

# ... Resident Is Suing Company

A former Winchester resident has petitioned the U.S. Supreme Court to decide if she can take a Hollywood movie giant to court over scripts she believes were used to make the Academy Award-winning movie *Forrest Gump*.

Recently, Samantha Kennedy, 40, who now resides in San Diego, shipped 150-pounds of evidence special delivery to the Supreme Court in Washington, D.C. Ms. Kennedy claims a movie production company stole her unpublished scripts by changing characters around, but keeping the plots basically the same.

As evidence, she listed 725 examples in which her scripts were used in the movie. She also noted more than 300 character comparisons she said were virtually identical and pointed out 100 plot similarities.

Seven years ago, Ms. Kennedy began sending scripts to Hollywood agents and eventually copyrighted her material for a novel that was never published. The stories were serious scripts about mentally challenged people. One of her characters became a national hero, and another wore a plaid shirt to school every day and carried a sack lunch.

After viewing *Forrest Gump* in 1994, Ms. Kennedy said she immediately knew the material was hers. She said some scenes were changed a little to mask plagiarism.

Characters in Ms. Kennedy's book sat on a bus bench, not in the park, and they fished instead of catching shrimp.

Ms. Kennedy filed a lawsuit in August 1994 against Paramount Pictures Corp., Viacom Inc. and Blockbuster Video for copyright infringement.

"These corporations are making their wealth from the misery of others, people who are helpless and frail," said Ms. Kennedy.

Last February, a judge ruled against Ms. Kennedy, but declared her suit nonfrivolous, which allowed for an appeal. She filed a brief last September to the U.S. Court of Appeals, but the judge upheld the lower court's decision.

"I think I have a better chance in the Supreme Court," said Ms. Kennedy. "I think I've presented enough information for it to go on trial."

Paramount Pictures claims the character Forrest Gump is based on a book by Winston Groom, however, Ms. Kennedy said Groom's book is totally different from the movie.

"What's really wild, in order for me to detect that someone stole my story, I put in a line from one of my previously published poems," she said. "That put up a red flag when it appeared in the screenplay."

... KAP and is anointed of G... minister to young people ... been seen at "The Rock," a C... tian community center, in ... byville.

His God-given gift of ... reaches both the young and yo... at heart from all walks of life.

"He's full of energy and an ... couragement to be around," s... Ronda Asta, Abundant L... Church's spokesperson.

Groups of individuals interes... in participating in the servic... should call April at 962-0030 ... information.

Everyone is invited and e... couraged to attend. Abundant Li... Church is located at 1310 Gowa... Highway.

## Hospice Plans Memorial Event

Hospice of the Highland Rim will hold a special community memorial service on Sunday, June 28 at 2 p.m. in the sanctuary of First Christian Church, 120 W. Grundy Street in Tullahoma.

The staff and volunteers invite the public to join with family and friends as the Hospice honors the memory of patients they have served.

## Amount of Fluids

Two hours before exercising, drink two cups fluid; 10-15 minutes before, drink 2 1/2 cups; every 15 minutes while exercising, drink 1/2 to 3/4 cup and after exercising, 2 cups for every pound lost.

# Welcome Dr. Angie Hill

Joe Lee Canary D...
Dentist

Dr. Joe L. Canary, is happy to announce the addition of Dr. Angie Hill to his dental practice in ...

Case 3:12-cv-00372-WQH-WMC Document 31 Filed 11/30/12 Page 29 of 63

Giannangeli

pposed to make it easier for people
houghts and ideas to each other. It
flambe in our brains and carves
hensive, bite-sized chunks of infor-
be easily chewed and digested.
king, that is how language gives
ality, though sometimes the pilot
ove can't generate enough heat to
ang in there. I'm trying to escape
madness before it cooks my

is said to be for a "mature audi-
neing (I'm trying!) in the brain is
cation or gradations of matu-
then sliced into bite-sized
hink that's the last of it!) of infor-
hat there are levels of maturity for
ic understanding should then tell
mature audiences, there must con-
ure audiences and perhaps even
. That's what language can do

ence, therefore, might consist of
hanging around to learn some-
ocial security or health care. Per-
ning a trip to the Bahamas or a visit
promote Strom Thurman's tech-
ith gray hair in America - even if
gray with orange. This gradation
age and condition, not emotion

or sophistication.

On the other hand, when a film gets tagged with a rating for "mature audiences" (usually an R), it's referring to a different audience than the bingo crowd. It usually means that there is going to be something in the film that will be seen as harmful to audiences that are not mature. An audience of seniors, mature as they can be, might not be in the mood for what brings on the R rating. That rating usually means an abundance of sex, violence, or what gets referred to as "adult language." Of the three, sex is usually the culprit when plastering a "mature audience" rating on a movie. Profanity and violence usually don't raise as many objections. And even though sex may indeed be on the mind of mature seniors, they may have qualms about seeing it played out on the big screen in a movie theater.

Another area where the classification of "mature audience" comes into play is in the video game arcade. Some of the games are made to be so grotesque and graphic they are said to be only fit for those who are "mature." It's amazing how butchery and savagery fall into the province of being unacceptable to all but the "mature." It's strange, but that's how they rate them.

Language is supposed to make us better able to communicate. I guess if we're mature enough about it, we can make it work.

There is something else about language that I want to discuss. What it is is...

# ly rule changes are bad government

Senator Steve Peace

la over the machinations associ-
tion of a Speaker of the Assembly
effect of the rules changes which
exercise
is a move toward bipartisanship,
fact do the exact opposite. The new
embed pure unadulterated partisan-
ernmental process. It is a system by
the spoils and perks of power at the
government.
Constitution presupposes the exis-
parties at all, much less a two-party

dramatically increases the power of partisan political leaders as well as those at the extreme of the political spectrum. In essence, the new rules create two centers of gravity in the Assembly, one in each partisan caucus. The victims in this dramatic power shift are moderates and others in both parties who put a priority on problem solving ... and citizens who just want government to work.

History will ultimately judge these rules for what they are: the institutionalization of partisan gridlock, the exact opposite of what the public is seeking.

Too bad. The close numbers in the lower house presented a wonderful opportunity for true cooperation between individuals who have been elected by

3:15 p.m. in the La Mesa Community Center, 4975 Memorial Dr.

For further information, call 466-3110.

# East County authors honored

**Among the 13 East County authors with works on display at the downtown Central Library are (left to right) Peter Neumeyer, Melvin Hasman and Steven Saint of La Mesa, Samantha Kennedy of Spring Valley, Marlene Holloway of La Mesa and Tom Youngholm of Lemon Grove.**

The San Diego Public Library opened its 29th annual Local Authors Exhibit last Friday with a reception honoring county residents with published works in 1994.

The following East County authors were given medallions at the reception and will have their books on display throughout February in the main lobby of the downtown Central Library:

El Cajon - Sharon Ihle, "The Law and Miss Penny" and "Marrying Miss Shylo"; Francine Philips, "Sin Diego" (with Roger Warren); Michael Posey, "Reflections on the Wall"; and Thomas Sticht, "Family Literacy: A World Movement"

La Mesa - Melvin Hasman, "Spiritual Life in the Good Ol' USA"; Marlene Holloway, "The Wedding Workbook"; Betty Lou Johnson, "Reflections: Stories Spanning a Century" (editor); Ken Kuhlken, "The Angel Gang"; Peter Neumeyer, "The Annotated Charlotte's Web"; and Steven Saint, "Rules for Reaching Consensus" (with James Lawson)

Lemon Grove - William Flores, "Domestic violence in Suburban San Diego" (with Norman Storer); and Tom Youngholm, "The Celestial Bar: A Spiritual Journey"

Santee - Dave Murray, "Pipe Dreams" (with Charles Cioffi)

Spring Valley - Samantha Kennedy, "Give Me Wings" (poem in "Treasured Poems of America, Fall 1994")

For further information on the Local Authors Exhibit, contact Nora Brooks at 236-5825.

# ERALD-CHRONICLE

A consolidation of The Winchester Chronicle and The Winchester Herald-Times

**Friday, December 15, 2006**

100

50 Cents

## e Today

E

lornets Win



B? Michey
Re out of 200
people, to film
with hin

y Kennedy won election

---

# ATV Theft Ring Cracked, Suspect Sought

*Some Vehicles Sold To Area Businesses*

**By Wayne Thomas**
*Staff Writer*

A north Franklin County man is facing multiple charges in several counties in connection with the theft of nearly a dozen ATVs

from residences since early last spring.

Phillip Tigue, 49, of Pleasant Grove Road in Estill Springs, is being held in the Moore County Jail under $175,000 bond. While Tigue is being held in connection with the theft of the four-wheelers, authorities are searching for a second person, a white male they have warrants on.

According to Franklin County Sheriff Tim Fuller and Moore County Sheriff Mark Logan, Tigue "turned himself in" to the Franklin County Sheriff's Department last week in connection with the case and then Logan picked him up took him to Moore County.

Authorities from Franklin, Moore,

Bedford and Coffee counties continued to receive descriptions of the people involved but they kept receiving different names of individuals involved in the theft of ATVs.

According to an investigator for the Bedford County Sheriff's Department, the break in the case that led to the arrest of Tigue came

from Fuller, Logan and Fuller, Franklin County Sheriff's Capt. Danny Warren and Brian Brown went to the last-known residence of Tigue and spoke with his wife which provided some information.

The officers then used a photo from a previous jail booking to show

See ATV, Pg. 6A

---

# Added-Value Scores Play Prominent Testing Role

*Administrators, Teachers Prep For TCAP Exams*

**By Davis L Sons**
*Publisher*

It's not even Christmas

out the TCAP Achievement Scores, did not mention the Value Added Scores, whic according to school of cials is a very importa part of the testing.

Value-Added measur

---



*Riva Lake Celebrates Christ...*

# Added-value Scores P... Prominen... Testing R...

## *Riva Lake Celebrates Christ...*



**Administrators, Teachers Prep For TCAP Exams**

**By Davis L. Sons**
**Publisher**

It's not even Christmas yet, but Franklin County's elementary and middle schools' principals and teachers are preparing for spring, which brings about another season of achievement testing.

In a recent article in this publication, we reported on the 2006 Report Card for Kindergarten through eighth grade students. The article specifically pointed out Achievem... did not me... Added accordin... cials is part...

Value... a student... ic grow... one sch... next, an... to dete... progress... from on... the next...

A grad... ticular st... the school... the state's...

See PLA...

# Christmas F

**ANGELS AT THE TOMB**—Mellisa Hill and Jessee Clark portrayed angels at the tomb at Riva Lake Baptist's live Nativity display held recently.

See PAGE B7.

LIFESTYLES

Lady Kennedy

Case 9:10-cv-80372-SJM-WMC Document 31 Filed 11/30/12 Page 32 of 63

Professional window washer. Jesse McClure clings to his rope as he cleans a window on the 21st floor of the Republic Centre building on Chestnut Street. With only about 1,000 more windows to go, Mr. McClure says it's all in a day's work. "People are always telling me I'm crazy," he said. "It don't bother me. If you can climb a ladder and paint, you can do this." Mr. McClure works by Service Cleaning...

Staff Photo by Jeff Guenther



# Tennessee Native Takes Paramount to Court

### BY BEENEA A. HYATT
Staff Writer

Samantha Kennedy, said, she's neither wealthy nor powerful, but the Winchester, Tenn., native has recently shown one of Hollywood's biggest moviemakers that size doesn't matter in the court room.

Recent developments in a pending copyright lawsuit have swung things in her favor. Mrs. Kennedy is suing Paramount Pictures Corp., Viacom Inc. and Blockbuster

Video for copyright infringement.

The San Diego, Calif.-resident claims the 1994 Academy Award winning movie, "Forrest Gump," was based on her unpublished scripts. Characters were changed around, but the plot was basically the same as her stories, according to Mrs. Kennedy. And some scenes were changed to mask plagiarism, she said.

"They were my diaries and biographies, and they made a parody out of it," said Mrs. Kennedy. "It's illegal to take someone's private...

...unpublished books or diaries."

Paramount Pictures claims the character of Forrest Gump is based on a book by Winston Groom, but Mrs. Kennedy said Groom's book is totally different from the movie. The screenplay is more similar to her story than Groom's book, she said.

In February 1997, a judge ruled against Mrs. Kennedy but declared her lawsuit was not frivolous, opening the door for an appeal. However, the appeals

courts judge upheld the lower court's decision in September 1997.

But hope was reinstated earlier this year when the lower court found inconsistencies in the defendants' story. At first, Mrs. Kennedy can refile a motion and possibly force a jury trial.

According to Mrs. Kennedy, one of those inconsistencies was a question about Paddy's knowledge of the defendants, and about the plaintiff. According to Mrs. Kennedy,

**See LAWSUIT, Page B3**

---

# Dalton College Seeking $500,000

### BY SEAN CAVANAGH
Staff Writer

ATLANTA — Georgia lawmakers could send Dalton State College $500,000 as a reward for the combined fund-raising efforts of the higher education institution and the city's carpet community.

The money would be sent to the college through the eminent scholar trust fund, a program that pays for academic experts to join the faculty of a college.

The funding recommendation

is just one of the items that made it into Gov. Roy Barnes' first budget, which will be reviewed and modified by state lawmakers before it passes into effect July 1.

The two-year college became eligible for the state funding after the business community and city leaders in Dalton raised $500,000 to match the state money.

"Those teaching under the eminent scholars program can serve as important recruiting tools for

colleges seeking to lure students interested in a particular field," officials said.

"Dalton State will seek to hire an expert on management, who could help link academic ideas with issues facing the city's carpet industry," said Dalton State College President Jim Burran.

"We'll go out and recruit the most accomplished scholar in the field," Mr. Burran said. "We're delighted to be included."

**See BARNES, Page B3**



Gov. Roy Barnes

---

# Bradley Man Hurt as Truck Hit by Train

---

# Magnet To Be at...

### BY LANA MIDDLETON
Staff Writer

Despite a four-day c much-awaited Hamilton magnet school app should be at all 81 sc

---

...when the officer appr cab, Cory D. Watts, the senger, told officers walk home, Mr. Watts b

of the magnet schools on the schools website: www.HCDE.org/magnet.

---

**Lawsuit**

# New Life

• Continued from Page B1
Kennedy, the defendants claimed they didn't know her.

But Mrs. Kennedy moved to California in 1987 and studied briefly with Paramount Pictures. She even got several small acting roles.

"What they were trying to do is make it look like I didn't exist," said Mrs. Kennedy.

Last year, Mrs. Kennedy shipped more than 150 pounds of evidence special delivery to the Supreme Court in Washington, D.C. As evidence, she listed 725 examples of her scripts that were used in the movie, and found more than 300 character comparisons that were virtually identical to hers. She also noted 100 plot similarities.

---



**PLAY IT AGAIN SPORTS**

Exercise Equipment
For New Year's
Resolutions

Lee Highway @ 153
855-4672

---

revenue and other ex-
e eight cases.

# nance

...er effort given by a ...ber of people over a ...riod to produce it.

...urged the council not ...major changes, while ...hat periodic reviews, ...one presently being ...e a good thing."

...mittee also approved a ...pay for expenses the ...will incur, but no ...as set. That decision, ...will be made at future

...force will be divided ...ctions; a small group of ...ven, who work more ...h signs will receive and ...suggestions that will ...i the other members. ...uncil will have the fi-...to what changes, if any, ...ade.

...members were given ...which each will recom-...mber of the task force.

...the members will be ...W. Kelly, a member of ...legal staff who has been ...r more than a year on ...ign Appeals Board.



One MSNBC Plaza
Secaucus, NJ 07094
201 583-5017
201 583-5511 Fax

Rockefeller Plaza
New York, NY 10112

**MSNBC**

**NBC NEWS**

**Brian Williams**
Anchor/Managing Editor
The News with Brian Williams

**Brian Williams**
Anchor
NBC Nightly News/Saturday

June 4, 1999

Ms. Samantha Kennedy
551 Fredricks Avenue, #301
Oceanside, CA 92054

Dear Ms. Kennedy,

I have wanted for some time now to write you and tell you how much I sympathize with your plight. I also want to reassure you that I am indeed reading what you are sending (albeit voluminous and tedious at times) and I can see your dilemma and the source of your worry for so long now.

While I have nothing but sympathy for your case and admiration for your dedication to clearing your good name and work, I should also warn you that it may be very difficult and very unlikely that I could do something on the air, here where I work, in relation to your case. I'd suggest that you divert any future mails that you *might* have sent to me: and send them to an investigative producer/or any correspondent who's work you might have admired on any one of the "magazine" style shows, like Dateline, 20/20 or 60 Minutes.

Normally, they have the experience, the time and the ability to take on a long and complex story like yours. I'm what we in the industry call a "day of air" journalist, writing and delivering reports on the news happening *that day, for that night's broadcast.* We seldom do long segments, opting instead to do *many smaller reports* on ongoing stories currently in the news.

Again: this is not meant to say, pro or con, on the *merits of your case.* Rather, you seem as if you could really benefit from media coverage, and that, I believe, will be most apt to come in the form of a magazine show.

I wish you only the best as your wrestle with the law and all external forces locked in this battle with you.

Sincerely,

# HERALD-CHRONICLE

2-A · · · · · · · · Thursday, Oct 6, 1997 · Rebels in Shootout · · · · · · · · · · · · · · · 5-A

A consolidation of the Winchester Chronicle and the Winchester Herald-Times
©1997 Franklin County Publishing Co., Inc.
Winchester, Tennessee 37398

50 Cents



## University Host Parents Weekend...

## Broadview Portables Are Safe

### Manufacturer Claims Height Concerns Fixed

**John Hatchet**
*Staff Writer*

Despite community concerns about the height of portables at Broadview Elementary, officials say that they are more than safe.

Both local officials and the school board and those at Accent Mobile Initiative have said that the weight of portables are of doesn't really matter.

"As long as the supports are joined together there should be a problem," Mike Haley, regional sales manager at Accent said. "It only becomes a concern when blocks are simply stacked."

He went on to say that when



**SEWANEE WELCOMES PARENTS**—Officials at the University of the South held their annual Parents Weekend celebration this week. Shepard Tower, one of the schools most recognizable symbols, saw an overflow crowd on campus. Saturday's football game with Centre College was

interrupted by a wandering dog and at halftime former Swanee scholar-athlete Dr. W. Reed Bell accepted a football jersey and a plaque from Vice-Chancellor Sam William-son.

—H-C Photos by Jan-Michael Tavalin and Davis L. Sons



# 'Forrest Gump' Her Story; Appeals Suit

### former Countian Sued Paramount Studio, Others

**Charles Sons**
*Publisher*

A former Winchester woman, Samantha (Teresa) Kennedy, a daughter of Mrs. O. J. Jeffers and the late O. J. Jeffers, is ending her days in San Diego, California, taking on Paramount Pictures Corp., Viacom, Inc. and Blockbuster Video, Inc. Kennedy claims that the

movie Forrest Gump and the book of the same name are not remotely related, but that many of Gumps similarities and those of the movies characters are based on works of hers that have been submitted over the years to Hollywood studios.

"In her original suit she listed over 300 character similarities, over 100 side-by-side plot comparisons between the motion picture and her work. But the judge still ruled against her and following her father's death here in Franklin County, she returned to California and filed a brief on Sept. 11 to the United States

Court of Appeals, Ninth Circuit.

From the brief she expects another hearing and a decision should be forthcoming in May or June.

Even though she lost the suit, it was termed non-frivolous, allowing Kennedy to say "we've really got something here."

The book Forrest Gump, written by Winston Groom, appears to be quite different from the motion picture.

In her brief comparing the book with her similarities, she wrote: Forrest never graduates, Forrest never dies and Grooms Forrest in the Groom book

wrestles with midgets wearing diapers. He rockets up in a spaceship and lands in what they think is the Island of Borneo with headhunters and stewing pots and the book proceeds to make racist remarks about African-Americans. The book is very racist where mine is filled with civil rights and human compassion and tolerance.

"Forrest never marries Jenny. She marries someone else and she never gets a virus and dies. Mama never dies, she runs off with a man and Forrest in this book is a failure and Grooms

depicts the special needs person as a moron or an idiot and we never see Forrest sitting on a bench with a variety of characters nor does he offer a box of chocolates...he does not have an African-American friend named Bubba where they ride together to the base or say 'We're not relation.' But the movie does make a racist remark about Bubba was born with big gums. We don't see the same famous characters or the same famous historical events.

Ms. Kennedy noted that the

See SUIT, Pg. 12-A

---

Danny Brown, the portables at Broadview are extremely safe, as they have been in contact with the Tennessee Fire Marshall throughout the process.

"We have gone above and beyond on the supports for the portables out there," he said. "From what I'm told they should be stable in any kind of wind storm that we might have."

The concerns in the community were that the structure is located on supports that are about ten feet tall, one resident called it a scary site for any parent.

Haley said that there is no reason to worry about the height itself.

"The height of the supports really shouldn't be an issue," he said. "If the supports are constructed right you could put the building on stilts."

The portable itself is considered a modular building, which Acom constructs according to Southern Building Code.

According to Haley, the building is rated to take up to 100 mile per hour winds. He also said that the

See UNITS, Pg. 2-A

# Suit

(Starts on Pg. 1-A)

lawsuit was filed by her in 1995 after she could not find an attorney who would handle the suit on a contingency. "It makes it hard for the little guy to go up against this very corrupt Hollywood. They are getting away with murder and we are learning over 90 percent of these popular movies are stolen. Even this studio I am suing adds smut and vulgarity to my work and depicts my female characters as drug addicts, prostitutes and they kill off one character with a virus. I did write that we need more funding for AIDS research, instead they give my character a virus and kill her off."

"It is a corrupt business that has gotten bigger than the government. The defendants have yet to prove that the motion picture Forrest Gump is remotely similar to the Winston Groom book. Even in a newspaper interview Mr. Groom admits the motion picture is a lot different," Mrs. Kennedy noted.

"I talked to one of the attorneys a couple months ago after he had dropped out of the case. All he could say was 'It's a mess, it's a real mess,'" Ms. Kennedy said.

**Free**
**Knee and Hip**
**Seminar**

- **Swelling?**
- **Stiffness?**
- **Arthritis?**
- **Injury?**

Isn't it time you found out what you can do about that knee or hip pain?

Answers about your knee or hip pain are as close as our free seminar. Learn one-on-one about causes of your problem and the latest treatments, plus tips about medicines, foods and exercises. Straight talk from us can be the first step on your road to recovery.

**Thursday, October 9**
**10:00 a.m. and 2:00 p.m.**

gets caught dri
shouldn't the pa
to know about
tions such as t
from irresponsi
behavior, and p
can hopefully p
this behavior. T
sense, and wh
want to keep p
their child is
that she's seek
beyond my com
Unfortunatel
first controvers
court decision t
Nixon. For som
Nixon has bee
liberal record
death penalty
convicted mu
Judge Nixon wi
for the victims
the parents of t
until that happe
fighting for n
trol—and for
limits the powe

# Ston

(Starts

lead their troo
were therefore
Not these days!
Maybe I wi
me as difficul
stand. Maybe I
of the world is
Pogo was ri
enemy and the

MA
CO

Cowan Lod
Decherd L
Estill Sprin
Marble Pla
Summit Lo
Winchester
Scottish Ri
Tri-Lakes

COPY

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**RECEIVED**

**JUN 22 1995**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## I (a) PLAINTIFFS

SAMANTHA KENNEDY

## DEFENDANTS

PARAMOUNT PICTURES, VIACOM
BLOCKBUSTER

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Los Angeles**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

SAMANTHA KENNEDY
P.O. BOX 90726
SAN DIEGO, CALIFORNIA 92169
(619)272-8971

ATTORNEYS (IF KNOWN)

Jay Rakow (Paramount Pictures)
Administrative Building
Room 9
555 Melrose Ave.
Los Angeles, Ca. 90038

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- [×] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [×] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [×] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE    820 COPYRIGHTS
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)    Defendants' unauthorized use of plaintiff's creative copyrighted works in their movie, "Forrest Gump."

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury — Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [×] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- [×] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  6-22-95

SIGNATURE OF ATTORNEY OF RECORD  *Samantha Kennedy*

UNITED STATES DISTRICT COURT

COPY

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

**RECEIVED**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY
DEPUTY

SAMANTHA KENNEDY

## SUMMONS IN A CIVIL ACTION

v.

**CASE NUMBER:**

PARAMOUNT PICTURES
VIACOM, BLOCKBUSTER

TO: (Name and Address of Defendant)

PARAMOUNT PICTURES
JAY RAKOW, ATTORNEY
ADMINISTRATIVE BUILDING
ROOM 9
555 MELROSE AVE.
LOS ANGELES, CALIFORNIA   90038

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SAMANTHA KENNEDY
P.O. BOX 90726
SAN DIEGO, CALIFORNIA   92169

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK                                                    DATE

BY DEPUTY CLERK

copy

SAMANTHA KENNEDY
P.O. BOX 90726
SAN DIEGO, CALIFORNIA   92169
(619)272-8971



RECEIVED

JUN 22 1995

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAMANTHA KENNEDY                    )        CASE NO._____
                                    )
                Plaintiff,          )
                                    )
            -v-                     )        COMPLAINT FOR UNAUTHORIZED
                                    )        USE OF PLAINTIFF'S COPYRIGHTED
PARAMOUNT PICTURES, VIACOM          )        WORKS IN THEIR MOVIE
BLOCKBUSTER                         )        FORREST GUMP
                                    )
                Defendants          ).
                                    )
                                    )
                                    )

Plaintiff alleges: Defendants' willful copyright infringement
and unauthorized use of Plaintiff's copyrighted works in
Defendants' movie called Forrest Gump.

Plaintiff requests the court to award damages to Plantiff
from Defendants and everyone liable for such damages
involved in the unauthorized activity who have been employed
by Defendants and actively involved in the infringement.

Since the infringement is still going on, Plaintiff requests
from the court to be awarded and compensated for all damages,
to be compensated for all United States domestic sales,
all Foreign sales, all video sales, domestic and foreign
from the infringing works, Forrest Gump and its profits
and exploitation.

Plaintiff requests that the court not to remove the lawsuit
from its original District for she has two disabled children,
one who is autistic and such separation from her children
would create great distress and hardship for the children as
well as for the Plaintiff who is the children's primary
provider and caretaker.

copy

Plaintiff requests the court to order the Defendants to pay Plaintiff's attorney fees and other costs of the court.

Plaintiff requests the court to order the infringing activity to be halted.

Plaintiff requests the court to order that the infringing material be impounded and destroyed.

Plaintiff requests that during the course of this lawsuit that she may be able to request a jury trial and if Defendants are found guilty, Plaintiff request that punitive action be applied.

COPY

SAMANTHA KENNEDY
P.O. BOX 90726
SAN DIEGO, CALIFORNIA   92169
(619)272-8971

RECEIVED

JUN 22 1995

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAMANTHA KENNEDY          )
                          )
        Plaintiff,        )        CIVIL NO._____
                          )
        -v-             , )        MOTION FOR LEAVE TO
                          )        PROCEED IN FORMA PAUPERIS
PARAMOUNT PICTURES,       )
VIACOM, BLOCKBUSTER       )
                          )
        Defendants        )
                          )
                          )

Plaintiff,
hereby requests leave, pursuant to 28 U.S.C. 1915 and 42 U.S.C.

2000e - 5(f) (1), to proceed in this case in forma pauperis.

The attached Declaration is offered in support of this

motion.

Respectfully submitted this 22 day of June        .

19 95 .

_Samantha Kennedy_
SAMANTHA KENNEDY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Plaintiff(s),**<br>SAMANTHA KENNEDY<br>v.<br>PARAMOUNT PICTURES,<br>VIACOM, BLOCKBUSTER | **DECLARATION UNDER<br>PENALTY OF PERJURY IN<br>SUPPORT OF REQUEST TO<br>PROCEED <u>IN FORMA PAUPERIS</u>** |
| **Defendant(s).** | |

I, ___SAMANTHA KENNEDY_____, declare that I am the
petitioner/plaintiff in the above-entitled action. I request leave to proceed in
this action without being required to prepay the full amount of fees, cost, or give
security. I state that because of my poverty, I am unable to pay the costs of
this action or give security, and that I believe I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? YES _X___ NO _____
     a.   If the answer is yes, give the name and address of your employer.
          ___IHSS/STATE OF CALIFORNIA DEPT. OF SOCIAL SERVICES___
          ___1261 3rd Ave., Chula Vista, Ca. 91911___
          ___* Worked a one time only job as an extra on the___
          ___movie sets of Elizabeth Montgomery and one time job___
          ___as extra for Chuck Norris in "Top Dog" in 1994___
     b.   Salary or wages <u>per month</u> for the last twelve months:
          GROSS: ___$782.00_____ NET: ___$758.00_____
          ___This amount is for IHSS/Dept. of Social Services___
2.   During the past twelve months, have you received any money from the
     following sources?
     a.   Business, profession, or self-employment? YES ____ NO_X_
     b.   Rent payments, royalties, interest or dividends? YES ___ NO__X
     c.   Pensions, annuities, or life insurance? YES ____ NO_X_
     d.   Social Security, disability or other welfare? YES _X_ NO__
     e.   Gifts or inheritances? YES ____ NO_X_
     f.   Spousal support? YES ____ NO__X_
     g.   Child support? YES _X_ NO____

COPY

h.    Any other income sources (please specify)? _____
_____

i.    If the answer to any of the above questions was "yes," how much
did you receive from these sources? _____
SSI FOR DISABLED SON- $341.40 per month
CHILD SUPPORT FOR TWO CHILDREN-total $600.00 per month
COURT ORDERED

3.   If you are imprisoned, specify the last place of employment PRIOR to
imprisonment: _____
_____
_____

a.    My wages or salary per month at this LAST place of employment
was: _____

b.    My other income prior to imprisonment included (income from
stocks, bonds, royalties, pensions, real estate, etc.): _____
_____
_____

c.    Are you employed in prison? YES _____ NO _____
d.    If not employed in prison, explain the reasons why you are not
employed. _____
_____
_____

4.   Are you married? YES _____ NO _X_ DIVORCED MOTHER
a.    Spouse's full name: _____
b.    Spouse's place of employment: _____
_____
_____

c.    Spouse's monthly wages or salary: _____
d.    Amount you contribute to your spouse's or children's support
pursuant to court order: _____
_____

5.   List the persons other than your spouse who are dependent upon you for
support and their relationship to you: _____
MICAH URICH AGE 12 SON
ADAM URICH AGE 7 SON

6.   Where do you live?
a.    Homeless _____ Institutionalized/in custody _____ Rent _X_
b.    If you rent, amount of monthly rent: __$675.00 total rent  *
c.    Do you own or are you buying a home? YES _____ NO _X_
d.    Estimated market value? _____
e.    Amount of mortgage? _____
*My cost of rent per month      $512.00
HUD cost of rent                163.00
                                $675.00 total monthly rent

2

CoPY

AO 398 (12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

RECEIVED

JUN 2 2 1995

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

TO: (A) __JAY RAKOW__

as (B) __ATTORNEY__ of (C) __PARAMOUNT PICTURES, VIACOM BLOCKBUSTER__

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court

for the (D) __SOUTHERN__ District of __CALIFORNIA__

and has been assigned docket number (E) _____ .

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) _____ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __22__ day of __June__, __1995__ .

__Samantha Kennedy__

Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A — Name of individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action
F — Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

COPY

AO 399 (12/93)

# WAIVER OF SERVICE OF SUMMONS

RECEIVED

JUN 2 2

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

TO: _____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I acknowledge receipt of your request that I waive service of a summons in the action of

_____ , which is case number _____
(CAPTION OF ACTION)                                                              (DOCKET NUMBER)

in the United States District Court for the _____ District of

_____ . I have also received a copy of the complaint in the
action, two copies of this instrument, and a means by which I can return the signed waiver to you without
cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process
in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit
or to the jurisdiction or venue of the court except for objections based on a defect in the summons or
in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _____ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.


_____                    _____
        DATE                                              SIGNATURE

                                       Printed/Typed Name: _____

                                       As _____ of _____
                                              (TITLE)                        (CORPORATE DEFENDANT)


### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons
and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States
to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign
and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought
in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service
of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object
to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff)
a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time,
a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had
been actually served when the request for waiver of service was received.

7.   Do you own an automobile? YES ___x___ NO _____
     a.   Make: ___HONDA_____ Year: 1982___ Model: ___PRELUDE_____
     b.   Is it financed? YES _X___ NO _____
     c.   If so, what is the amount owed? ___$1,382.20_____

8.   Do you have a checking account? YES _x____ NO _____

     (If you are a PRISONER you <u>must</u> have an officer from your institution
     provide an <u>official certification</u> as to the amount of money currently in
     your prison account.  The certification form is on page 4 of this
     document.  <u>There are no exceptions to this requirement</u>.)

     a.   Name and address of bank: __BANK OF AMERICA   since 1992
          5500 Grossmont Center Drive, La Mesa, Ca. 91942
     b.   Present balance in account: __Approximately $100.00 after
          all checks that are out have cleared.

9.   Do you have a savings account/IRA/money market/CD's separate from
     checking? YES _____ NO __X_____
     a.   Name and address of bank: _____
          _____
          _____
     b.   Present balance in account(s): _____
          _____

10.  List any other debts (current obligations, indicating amounts owed and to
     whom they are payable): __Mr. Furniture-fianced for_____
     living room furniture purchased in 3-95
     Balanced owed- $1017.07
     _____

11.  List any other assets or items of value (specify real estate, gifts, trusts
     inheritances, government bonds, stocks, savings certificates, notes, jewelry,
     artwork, or any other assets (include any items of value held in someone
     else's name)): _____
     _____
     _____
     _____
     _____

3

12. If you answered all of the items in #2 "no," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

_____

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-22-95                    *Samantha Kennedy*
_____                  _____
Date                       Signature of Applicant

4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA KENNEDY,<br><br>                    Plaintiff,<br><br>          v.<br><br>PARAMOUNT PICTURES, et al.,<br><br>                    Defendants. | Civil No. 95 - 1954<br><br>ORDER GRANTING IN FORMA<br>PAUPERIS STATUS AND<br>DISMISSING THE COMPLAINT<br>WITH 60 DAYS LEAVE TO AMEND |

Plaintiff has submitted an affidavit requesting leave to proceed in forma pauperis under 28 U.S.C. Section 1915(a).  The court is satisfied that the plaintiff is sufficiently impoverished that in forma pauperis status is justified.

Title 28 U.S.C. Section 1915(d) authorizes federal courts to dismiss a claim filed in forma pauperis prior to service. See Denton v. Hernandez, 112 S. Ct. 1728, 1730-31 (1992).

Concerning plaintiff's complaint, the factual situation underlying the complaint is unclear.  Specifically, plaintiff does not elaborate on her own allegedly copyrighted work.  In order for the court to grant a request to proceed in forma pauperis, the plaintiff must clearly state what actions by the defendants violated the plaintiff's rights, what federal statutory or constitutional provision entitles her to relief, and what relief plaintiff seeks.

ACCORDINGLY, IT IS ORDERED, that the request to proceed without payment of filing fees is granted.  The case is then dismissed, with petitioner having 60 days leave to amend to state a claim under 42 U.S.C. Section 1983 or other federal law.  **IF PLAINTIFF CHOOSES TO FILE AN AMENDED COMPLAINT, PLAINTIFF MUST ATTACH A COPY OF THIS ORDER GRANTING IN FORMA PAUPERIS STATUS.**

Date:

_____
JUDITH N. KEEP, CHIEF JUDGE
United States District Court

cc:

Ms. Samantha Kennedy
P.O. Box 90726
San Diego, CA 92169

*I remember it was 9-11-95 Not 9-12-95*

2

REX S. HEINKE, SBN 066163
ELLEN L. FARRELL, SBN 173947
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
(213) 229-7000

RICHARD D. GLUCK, SBN 151675
750 B Street, Suite 3300
San Diego, California 92101-4605
(619) 544-8000

Attorneys for Defendants
Paramount Pictures Corporation;
Viacom Inc.; and Blockbuster
Videos, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAMANTHA KENNEDY,

        Plaintiff,

   v.

PARAMOUNT PICTURES CORP. VIACOM
INC. AND BLOCKBUSTER VIDEOS,
INC.,

        Defendants.

CASE NO. 95-1954-K

RESPONSE OF DEFENDANTS PARAMOUNT
PICTURES CORPORATION, VIACOM INC.
AND BLOCKBUSTER VIDEOS, INC. TO
PLAINTIFF'S FIRST SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS

PROPOUNDING PARTY:     SAMANTHA KENNEDY

RESPONDING PARTIES:    PARAMOUNT PICTURES CORPORATION, VIACOM INC.

                         AND BLOCKBUSTER VIDEOS, INC.

SET NO.:           ONE

    Pursuant to Rule 34 of the Federal Rules of Civil Procedure,

defendants Paramount Pictures Corporation ("Paramount Pictures"),

Viacom Inc. ("Viacom") and Blockbuster Videos, Inc. ("Blockbuster")

1  (collectively, "Defendants") hereby respond to Plaintiff's First Set
2  of Requests for Production of Documents.

3  <u>**PRELIMINARY STATEMENT**</u>

4       Defendants have not completed their investigation of the
5  facts relating to this case, have not completed discovery and have
6  not commenced their preparation for trial.  As such, these Responses
7  are given without prejudice to Defendants' right to produce evidence
8  of any subsequently discovered fact or facts, and to otherwise
9  assert factual and legal contentions as additional facts are
10 ascertained, analyses are made and legal research is completed.

11 <u>**GENERAL OBJECTIONS**</u>

12 <u>GENERAL OBJECTION NO. 1:</u>

13      Defendants object to each and every Request to the extent it
14 calls for the production of any documents protected by the attorney-
15 client privilege, attorney work product immunity, or any other
16 recognized privilege or immunity and Defendants and their counsel
17 hereby assert such privileges and immunities.

18 <u>GENERAL OBJECTION NO. 2:</u>

19      Inadvertent production of any documents which are privileged or
20 otherwise immune from discovery shall not constitute a waiver of any
21 privilege or of any other ground for objecting to the discovery with
22 respect to such documents, including the subject matter contained
23 therein, or the right of Defendants to object to the use of any such
24 documents or the subject matter contained therein during subsequent
25 proceedings.

26

27

28

Gibson, Dunn & Crutcher LLP

1  GENERAL OBJECTION NO. 3:

2     Defendants object to each and every Request to the extent it

3  seeks documents containing information subject to a third party's

4  Constitutional, statutory or common-law rights of privacy.

5  GENERAL OBJECTION NO. 4:

6     Defendants object to each and every Request to the extent it

7  seeks documents beyond the scope of discovery set forth in Rule

8  26(b) of the Federal rules of Civil Procedure.

9     The Preliminary Statement and General Objections are

10  incorporated into each of the Responses set forth below, which

11  Responses are made without waiver of any of these General

12  Objections.

13                           **RESPONSES**

14  REQUEST NO. 1:

15     All documents that contain, refer or relate to the GROSS amount

16  that the movie, "Forrest Gump" made in Domestic Sales in the United

17  States.

18  RESPONSE TO REQUEST NO. 1:

19     In addition to their General Objections, Defendants

20  specifically object to this Request to the extent it purports to

21  require production of documents containing information that is

22  private, business confidential, proprietary, or a trade secret on

23  the grounds that such documents and/or information are privileged.

24  Defendants further specifically object to this Request on the ground

25  that it is overly broad, unduly burdensome and oppressive to the

26  extent it purports to require Defendants to produce documents

27  containing detailed information regarding this subject; Defendants

28  also object to disclosing such documents until and unless liability

                                 3

1  for copyright infringement is established.  See Response to

2  Interrogatory No. 2 of Plaintiff's First Set of Interrogatories.

3  **REQUEST NO. 2:**

4     All documents constituting, referring or relating to any

5  agreements, negotiations, communications, or other contact between

6  Defendants and any other person, relating to the movie "Forrest

7  Gump."

8  **RESPONSE TO REQUEST NO. 2:**

9     In addition to their General Objections, Defendants

10  specifically object to this Request to the extent it purports to

11  require the production of documents that are not relevant to the

12  subject matter of this litigation and not reasonably calculated to

13  lead to the discovery of admissible evidence.  Defendants further

14  specifically object to this Request to the extent it purports to

15  require production of documents containing information that is

16  private, business confidential, proprietary, or a trade secret on

17  the grounds that such documents and/or information are privileged.

18  Defendants further specifically object to this Request on the ground

19  that it is overly broad, unduly burdensome and oppressive to the

20  extent it purports to require Defendants to produce documents

21  containing, referring or relating to "any" person and without

22  limitation as to subject matter.

23  **REQUEST NO. 3:**

24     All documents that refer or relate to Sherry Lansing's role in

25  the making of the movie "Forrest Gump."

26  **RESPONSE TO REQUEST NO. 3:**

27     In addition to their General Objections, Defendants

28  specifically object to this Request on the ground that it is overly

4

1   broad, unduly burdensome and oppressive to the extent it purports to

2   require Defendants to produce documents referring or relating to Ms.

3   Lansing's "role" without limitation as to subject matter.  See

4   Response to Interrogatory No. 9 of Plaintiff's First Set of

5   Interrogatories.

6   **REQUEST NO. 4:**

7        All documents naming and identifying each investor referring or

8   relating to the movie "Forrest Gump," including but not limited to

9   each investor's address, phone number, communications, contracts and

10  all documents.

11  **RESPONSE TO REQUEST NO. 4:**

12       In addition to their General Objections, Defendants

13  specifically object to this Request to the extent it purports to

14  require production of documents containing information that is

15  private, business confidential, proprietary, or a trade secret on

16  the grounds that such documents and/or information are privileged.

17  Defendants further specifically object to this Interrogatory on the

18  ground that it purports to require the production of documents that

19  are not relevant to the subject matter of this litigation and not

20  reasonably calculated to lead to the discovery of admissible

21  evidence.  Defendants state that there are no responsive documents;

22  see Response to Interrogatory No. 11 of Plaintiff's First Set of

23  Interrogatories.

24  **REQUEST NO. 5:**

25       All documents naming and identifying each country that the

26  movie showed in.

27

28

Gibson, Dunn & Crutcher LLP

1 | **RESPONSE TO REQUEST NO. 5:**

2     In addition to their General Objections, Defendants

3 specifically object to this Request to the extent it purports to

4 require the production of documents that are not relevant to the

5 subject matter of this litigation and not reasonably calculated to

6 lead to the discovery of admissible evidence.  Defendants further

7 specifically object to this Request on the ground that it is overly

8 broad, unduly burdensome and oppressive to the extent it purports to

9 require Defendants to produce "all" documents containing, referring

10 or relating to "each country that the movies showed in" without

11 limitation as to subject matter.  <u>See</u> Response to Interrogatory No.

12 3 of Plaintiff's First Set of Interrogatories.

13 | **REQUEST NO. 6:**

14     All documents referring or relating to the GROSS amount of

15 money that each country made from the movie "Forrest Gump."

16 | **RESPONSE TO REQUEST NO. 6:**

17     In addition to their General Objections, Defendants

18 specifically object to this Request on the ground that it is

19 unintelligible.  Defendants further specifically object to this

20 Request to the extent it purports to require the production of

21 documents that are not relevant to the subject matter of this

22 litigation and not reasonably calculated to lead to the discovery of

23 admissible evidence.  Defendants further specifically object to this

24 Request to the extent it purports to require production of documents

25 containing information that is private, business confidential,

26 proprietary, or a trade secret on the grounds that such documents

27 and/or information are privileged.  Defendants further specifically

28 object to this Request on the ground that it is overly broad, unduly

6

1   burdensome and oppressive to the extent it purports to require
2   Defendants to produce documents containing detailed information
3   regarding this subject; Defendants also object to disclosing such
4   documents until and unless liability for copyright infringement is
5   established.  See Response to Interrogatory No. 4 of Plaintiff's
6   First Set of Interrogatories.
7   **REQUEST NO. 7:**
8       All documents referring or relating to the GROSS amount of
9   money of all video sales, domestic and foreign.
10  **RESPONSE TO REQUEST NO. 7:**
11      In addition to their General Objections, Defendants
12  specifically object to this Request to the extent it purports to
13  require production of documents containing information that is
14  private, business confidential, proprietary, or a trade secret on
15  the grounds that such documents and/or information are privileged.
16  Defendants further specifically object to this Request on the ground
17  that it is overly broad, unduly burdensome and oppressive to the
18  extent it purports to require Defendants to produce documents
19  containing detailed information regarding this subject; Defendants
20  also object to disclosing such documents until and unless liability
21  for copyright infringement is established.  See Response to
22  Interrogatory No. 5 of Plaintiff's First Set of Interrogatories.
23  **REQUEST NO. 8:**
24      All documents referring and relating to each movie that Tom
25  Cruise made in the last six years but not limited to what his
26  position at Paramount Pictures is.
27
28

7

1  **RESPONSE TO REQUEST NO. 8:**

2       In addition to their General Objections, Defendants

3  specifically object to this Request to the extent it purports to

4  require the production of documents that are not relevant to the

5  subject matter of this litigation and not reasonably calculated to

6  lead to the discovery of admissible evidence.  See Response to

7  Interrogatory No. 10 of Plaintiff's First Set of Interrogatories.

8  **REQUEST NO. 9:**

9       All documents referring and relating to identifying each person

10 who worked on the screenplay "Forrest Gump."

11 **RESPONSE TO REQUEST NO. 9:**

12      In addition to their General Objections, Defendants

13 specifically object to this Request because it is vague and

14 ambiguous in its use of the phrase "worked on."  Defendants further

15 specifically object to this Request on the ground that it is overly

16 broad, unduly burdensome and oppressive to the extent it purports to

17 require Defendants to produce all documents containing, referring or

18 relating to "each person who worked on the screenplay 'Forrest

19 Gump'" without limitation as to subject matter.  See Response to

20 Interrogatory No. 6 of Plaintiff's First Set of Interrogatories.

21 **REQUEST NO. 10:**

22      All documents referring and relating to the GROSS amount of

23 money that Tom Hanks made from the movie "Forrest Gump."

24 **RESPONSE TO REQUEST NO. 10:**

25      In addition to their General Objections, Defendants

26 specifically object to this Request on the ground that it purports

27 to require the production of documents that are not relevant to the

28 subject matter of this litigation and not reasonably calculated to

Gibson, Dunn & Crutcher LLP

1  lead to the discovery of admissible evidence.  Defendants further
2  specifically object to this Request to the extent it purports to
3  seek the production of documents containing information protected by
4  the Constitutional, statutory and/or common-law rights to privacy
5  because it seeks private and confidential information pertaining to
6  Mr. Hanks.  Defendants further specifically object to this Request
7  on the ground that it is vague and ambiguous in its use of the
8  phrase "made from the movie 'Forrest Gump.'"  <u>See</u> Response to
9  Interrogatory No. 7 of Plaintiff's First Set of Interrogatories.
10  <u>REQUEST NO. 11</u>:
11      All documents referring and relating to the GROSS amount of
12  money that Robert Zemeckis made from the movie "Forrest Gump."
13  <u>RESPONSE TO REQUEST NO. 11</u>:
14      In addition to their General Objections, Defendants
15  specifically object to this Request on the ground that it purports
16  to require the production of documents that are not relevant to the
17  subject matter of this litigation and not reasonably calculated to
18  lead to the discovery of admissible evidence.  Defendants further
19  specifically object to this Request to the extent it purports to
20  seek the production of documents containing information protected by
21  the Constitutional, statutory and/or common-law rights to privacy
22  because it seeks private and confidential information pertaining to
23  Mr. Zemeckis.  Defendants further specifically object to this
24  Request on the ground that it is vague and ambiguous in its use of
25
26
27
28

9

1   the phrase "made from the movie 'Forrest Gump.'"   See Response to

2   Interrogatory No. 8 of Plaintiff's First Set of Interrogatories.

3   DATED:   August 21 , 1996

4
                                    GIBSON, DUNN & CRUTCHER LLP
5                                   REX S. HEINKE
                                    RICHARD D. GLUCK
6                                   ELLEN L. FARRELL

7

8                                   By: _Ellen L Farrell_
                                         Ellen L. Farrell
9
                                    Attorneys for Defendants
10                                  Paramount Pictures Corporation;
                                    Viacom Inc.; and Blockbuster Videos,
11                                  Inc.

LA962210.090/5+
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE BY MAIL

I, **Louise Clarke Stone**, hereby certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am employed in the office of **Ellen L. Farrell**, a member of the bar of this Court, and at **her** direction, on **August 21, 1996**, I served the following: **RESPONSE OF DEFENDANTS PARAMOUNT PICTURES CORPORATION, VIACOM INC. AND BLOCKBUSTER VIDEOS, INC. TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** on the interested parties in this action, by placing a true copy thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

> **Samantha Kennedy**
> **P. O. Box 90726**
> **San Diego, California 92169**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s), and all copies made from same, were printed on recycled paper, and that this Certificate of Service was executed by me on **August 21, 1996** at Los Angeles, California.

LA962210.090/1+

Gibson, Dunn & Crutcher LLP

# SUPREME COURT OF THE UNITED STATES

Kennedy, Samantha
        Petitioner

              v.                              No. 01-10333

Paramount Pictures Corp. Viacom Corp etal
        Respondent

To Rex Heinke                              Counsel for Respondent:

    YOU ARE HEREBY NOTIFIED pursuant to Rule 12.3 that a petition
for writ of certiorari in the above-entitled case was filed in the
Supreme Court of the United States on March 23, 2002, and placed
on the docket May 22, 2002.  Pursuant to Rule 15.3, the due date
for a brief in opposition is June 21, 2002.  If the due date is a
Saturday, Sunday, or federal legal holiday, the brief is due on
the next day that is not a Saturday, Sunday, or federal legal
holiday.

    Unless the Solicitor General of the United States represents
the respondent, a waiver form is enclosed and should be sent to
the Clerk only in the event you do not intend to file a response
to the petition.

    Only counsel of record will receive notification of the
Court's action in this case.  Counsel of record must be a member
of the Bar of this Court.

                        Samantha Kennedy
                        Counsel for Petitioner

                        551 Fredricks Ave. #301
                        Number and Street

                        Oceanside, ca. 92054
                        City, State, and Zip Code

                        760 - 439 - 8289
                        Telephone Number

NOTE: This notice is for notification purposes only, and neither
the original nor a copy should be filed in the Supreme Court.

Declaration of Princess Samantha Kennedy
 and Adam Clayton Urich Pro Se
           Proof of Service By Mail
I, Princess Samantha Kennedy declare as follows:
My address is 777 Seacoast Drive, #N, Imperial
Beach, Ca. 91932 which is located in the county
where the mailing described below took place,
the County of San Diego, State of California.
On November 28, 2012, I served the documents)
described as: Objection and Opposition, Memorandum
                    (date of mailing)
of Points And Authorities in support of our Opposition
and Objection to Defendant's Request for Judicial
Notice, Exhibits A, B, on all interested parties in
this action placing a true and correct copy there of
in a sealed envelope, with first-class postage prepaid,
thereon, Overnight Express at the U.S. Post Office
in Imperial Beach, California to authorized officer
to be delivered to: Caldwell Leslie + Procter, PC
Joan Mack address 725 South Figueroa Street,
31st Floor, Los Angeles, California 90017-5524
(their new address) I am over 18 years old. I
declare under penalty of perjury that the foregoing
is true and correct,
Executed on November 28, 2012 at Imperial Beach,
California.
           Princess Samantha Kennedy
           Princess Samantha Kennedy.
           Adam Clayton Urich
           Adam Clayton Urich