Princess Samantha Kennedy
Adam Clayton Urich
777 Seacoast Drive, #N
Imperial Beach, Ca. 91932
619-816-6045

FILED
2012 NOV 30 AM 8:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
NOV 28 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Princess Samantha Kennedy
Adam Clayton Urich
      Plaintiffs

v.

Paramount Pictures Corporation
      Defendant

) Civil No. 12-CV-0372-WQH WMc
) Honorable William Q. Hayes
) Notice of Motion to
) Leave To Amend
) with 60 days leave
) to Amend Pursuant
) to Rule 42 U.S.C.
) Section 1983 or other
) Federal Law.
) Second

Date: December 17, 2012
Time: 11:00 am.
Place: Courtroom 4

1

This Motion is based on this Motion, the accompanying Memorandum of Points and Authorities, all the pleadings and other documents included in support of Motion Leave To Amend with 60 days Leave to Amend. Plaintiffs hereby moves this Court for leave to file the Second Amended Complaint because it will clarify the dispute between the parties.

Dated 11-28-12   2012

Truly and Most Respectfully
By Princess Samantha Kennedy
and Adam Clayton Urich
Plaintiffs Pro Se

12 CV 0372 WQH WMC
Plaintiffs motion For leave to file amended second complaint - Notice of motion

Princess Samantha Kennedy
777 Seacoast Drive, #N, Imperial Beach, Ca. 91932
619-816-6045

original

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Princess Samantha Kennedy
Adam Clayton Urich
      Plaintiffs
    v.
Paramount Pictures Corp.

Civil No. 12 CV 0372 WQH WMc
Honorable William Q Hayes
Memorandum of Points and Authorities In Support of Motion to Leave with 60 days Leave to Amend Pursuant to Rule 42 U.S.C. Section 1983 or other Federal Law. Second Motion to Amend, Second Amended Complaint.
Date: December 17, 2012
Time: 11:00 a.m.
Place: Courtroom 4

1

Second Motion To Amend Plaintiffs
Complaint (Second Amended Pleading)
For Violation of Civil Rights
Under 42 USC § 1983

Memorandum of Points and Authorities
In Support to Amend

Comes Now the plaintiffs Princess Samantha Kennedy and Adam Clayton Urich appearing pro se and makes the following motion to file second amended complaint giving notice of the amendment as a right under Federal Rule of Civil Procedure 15 mandates that leave to amend "be freely given when justice so requires." Fed. R. Civ. P. 15(a). "This policy is to be applied with extreme liberality," Eminence Capital, LLC v. Aspeon, Inc., 316 F. 3d 1048, 1051 (9th Cir. 2003) (quotation omitted). In Forman v. Davis, 371 U.S. 178 (1962), the Supreme Court offered several factors for district courts to consider in deciding whether to grant a motion to amend under Rule 15(a): In the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.- the leave sought should, as the rules require, be 'freely given.' Forman, 371 U.S. at 182, see also Smith v. Pac. Prop. Dev. Co., 358 F. 3d 1097, 1101 (9th

2 - 12 CV 0372 WQH WMC
memorandum of Points and Authorities in support
of motion to file second Amended complaint

Cir. 2004) (citing Forman factors). We pray that The Court grant Plaintiffs to file a Second Amended Complaint, without reference to prior Amended Complaint with 60 days leave to file Second Amended Complaint. Defendant Paramount wants to dismiss First Amended Complaint because they say we fail to state a claim, they state they had no access, which they did. They say that our claim is a "fanciful claim" Paramount has exploited three unpublished scripts, telling the story, that included a synopsis, screenplay and 417 page novel, almost 600 pages of unpublished, a work in progress, in those scripts I write about both Forrest and Titanic. Plaintiffs would like to submit a brief description, or synopsis comparing the works of Princess Samantha Kennedy and Paramount Pictures, in paragraph form, in addition to the sample scenes where Paramount exploited and now declare that what I presented after they cut out expression, omit verbatim copying and whittle it down to a few words and say it is random similarities, that it is "scenes a faire," "ordinary phrases", that there is no similarity between plot, themes, dialogue, mood, setting, pace, characters and sequence of events in the works, but there are substantial

similarities. Plaintiffs want to demonstrate this. They want to dismiss without any expert witness, discovery, only on their own word -- the defendant. They copied their motion from some of the old Forrest Gump case, we are NOT trying Forrest Gump, this is a new case and we want a chance to correct our mistakes, "as freely given." Paramount has infringed the same copyrights which we presented to the court. We have presented in exhibits copied dialogue (sample, not entire) same character names, even my Great grandmother Mary Jane who appears in movie and Titanic Script. We would like to present in a synopsis, paragraph form to show copying, to show they access, I worked for Paramount Pictures. The first case, Forrest, Defendants lost by default. They want to dismiss because they say my boy, heir to money according to copyright law, has NO such rights as an heir, that he has NO standing they want to get rid of him because they do not want to double pay. Adam is an autistic person, defendant want to dismiss because he failed to state a claim for Copyright Infringement because he lacks standing, he has spent almost his entire life in this mess, while the defendant and their children have benefitted from Titanic. Adam would like to state a claim, he

4   12CV0372 WQH WMC
Memorandum of Points and Authorities
in Support of motion to file Second Amended Complaint

has signed all papers attesting to the facts. From copyright holder to son, handed down according to the law he does have standing. We would like to show substantial similarity, to show viable cause of action, to state a claim from both Plaintiffs, to show + prove set of facts that entitle us to relief, to show in a paragraph and synopsis form and access. I worked for Paramount Pictures while I was nursing Adam. We have (1) valid copyrights (2) show they had access (3) that we can state a claim and show synopsis between my work and Defendant copy to create Titanic. We have over 700 pages of evidence, we thought this to be presented in trial or discovery, there has been neither. We believe that Notice of amendment as a right under K.S.A. 60-215 in 2010 HB 2656582, a motion for leave to file second amended complaint. Also, the court date of December 17, 2012 at 11:00 a.m. in courtroom 4, does not give enough time to amend The Complaint and Let Adam state a claim in his words. He is a lot like Forrest running, he was commended by President Clinton and on television, he also won a medal for running in Special Olympics when he was little in the 1990's. He's a good son, we both have southern accents.

12 CV0372 WQH WMC
5. memorandum of Points and Authorities in support of Motion to file second amended complaint

I am like Forrest too, a little slow because I was on life support, bordering on average or below and like 12-14 year old according to doctors, "delayed." We are like teenagers, we want a chance, we have it all here and we want to correct our mistakes, under Copyright Laws of The United States, Title 17 U.S.C. § 101 et. seq on page 5. We do not have enough time to file it by the December 17, 2012 hearing. We have been under a lot of duress of harrassment, stalking, being followed by strange cars, people picking on phone line + cursing me and hanging up. We have also been under duress from the auto accident, when someone hit us in the side. See case Chuck Wepner V. Slyvester Stallone, the court let the case go forward after almost 30 years. My biographies were the inspiration to Titanic, with also copying dialogue, whole scenes, family names, copying from my work Mary Jane, my Great-Grandmother, Rose my sister, foster, my adopted sister also named Rose, marvin, Lucy, Jack, the artist, who they have no record of him on Titanic, the artist was copied from my work, a wife stealer, the "we are royalty", I write about Queen Elizabeth, she had a sister named Rose and I wrote I was named after a European Queen.

12 CV0372 WQH WMC
6. memorandum of Points and Authorities in support of Motion to file Second Amended Complaint

We want to provide access, state a claim show a viable cause of action between my work and Titanic, to make corrections and provide any other evidence that supports our claim. Memorandum of Law In Support of Amendment. We, the plaintiffs, want to file our Second Amended Complaint as a right in Response to the defendant, Paramount Pictures Motion to Dismiss. Amendment as a Right K.S.A. 60-215(a) allows a party to file an amended complaint, pleading as a matter of right any time before a responsive pleading is served. Housh v. Kenneth L. Hay, et al., KS appl Ct. case No. 94,425 (2006) Argument in Support of Leave to Amend. We need to Amend our Complaint and produce vialble, viable evidence in this pending case to state a claim, access, synopsis between two works, which we haven't done, to correct mistakes, to amend complaint, new relief for the continuing conduct describle in previous, original complaint. We ought to be afforded an opportunity to test our claim on the merits, the virtue of allowance of the amendment, the leave sought 'freely given.' Forman v. Davis, 371, U.S. 178, 182, 9L. Ed. 2d 222, 835. ct. 227 (1962) Leave to amend a pleading "shall be freely, given when justice so requires." K.S.A. 60-215(a). K.S.A. 60-215(b) authorizes the court to amend the pleading. We request a leave to Amend Pursuant to Rule 42 U.S.C. section 1963 or other Federal Law. 2nd motion to amend,

7. 12 CV0372 WQH WMC
memorandum of Points and Authorities in support of motion to file second amended complaint

to file second amended complaint. According to Federal Rule of Civil Procedure 15, "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served ... [O]therwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party." Fed. R. Civ. P. 15(a) Where leave of the court is sought, Rule 15 states, "leave shall be freely given when justice so requires." Id. In Forman v. Davis, the Supreme Court held that "in the absence of any apparent or declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue predjudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. - the leave sought should, as the rules require, be "freely given." Forman v. Davis, 371 U.S. 178, 182 (1962). In Advanced Cardiovascular Sys., Inc. v. SciMed Life Sys., Inc., the Court stated that "the court must be very liberal in granting leave to amend a complaint," noting that "this rule reflects an underlying policy that disputes should be determined on their merits, and not on the technicalities of pleading rules." Advanced Cardiovascular Sys., Inc. v. SciMed Life Sys., Inc.,

10 · 12 CV 0372 memorandum of Points and Authorities in Support of motion to file second Amended Complaint   WQH WMC
12 CV 0372



989 F. Supp. 1237, 1241 (N.D. Cal. 1997). In the Second Amended Complaint, Plaintiffs will provide additional factual details concerning the defendant's copying and using Plaintiff's 3 copyright works to create Titanic. We request the Court to grant Plaintiffs motion for Leave to File A Second Amended Complaint and would provide the Court and the defendant with important and useful information.

Conclusion

For the foregoing reasons, the motion should be granted.

Dated 11-28-12, 2012

By: Princess Samantha Kennedy
Adam Clayton Ulrich
Plaintiffs, Pro Se

9. 12cv0372 WQH WMC
memorandum of Points and Authorities
In support of motion to file second amended complaint

Declaration In Support of For the foregoing reasons, The Plaintiffs, Princess Samantha Kennedy and Adam Clayton Urich requests our motion to Leave to file Second Amended Complaint, to Amend Pursuant to Rule 42 U.S.C. Section 1963 or other law. Second motion to Amend.

I declare under penalty of perjury under the laws of the United States of America that forgoing is true and correct.

Princess Samantha Kennedy
*Princess Samantha Kennedy*

Dated 11-28-12   Adam Clayton Urich
*Adam Clayton Urich*

10.   12 cv0372 WQH WMC
memorandum of Points and Authorities in support of motion to file second amended complaint

Declaration of Princess Samantha Kennedy and Adam Clayton Urich Pro Se

Proof of Service By Mail

I, Princess Samantha Kennedy declare as follows: My address is 777 Seacoast Drive, #N, Imperial Beach, Ca. 91932 which is located in the county where the mailing described below took place, the County of San Diego, State of California. On November 28, 2012 (date of mailing), I served the document(s) described as: Notice of Motion to Leave To Amend with 60 days leave-Second Amended Pleading/complaint to file second Amended pleading, Memorandum of Points and Authorities In support to file 2nd Amended pleading with 60 days leave, on all interested parties in this action placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid, thereon, Overnight Express at the U.S. Post Office in Imperial Beach, California to authorized officer to be delivered to: Caldwell Leslie + Proctor, PC Joan Mack address 725 South Figueroa Street, 31st Floor, Los Angeles, California 90017-5524 (their new address) I am over 18 years old. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2012 at Imperial Beach, California.

Princess Samantha Kennedy
*Princess Samantha Kennedy*

Adam Clayton Urich
*Adam Clayton Urich*